UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD BREWER, JEAN CAROL LANE, TEXAS DIVISION SONS OF CONFEDERATE VETERANS, INC., | §<br>§<br>§<br>§ | No. SA:17–CV–837–DAE |
| Plaintiffs, | §<br>§ | |
| vs. | §<br>§ | |
| RON NIRENBERG, ROBERTO TREVINO, WILLIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, JOHN COURAGE, CLAYTON PERRY, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§<br>§ | |

ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR
DEFERRED RULING

Before the Court is Plaintiffs Richard Brewer, Jean Carol Lane, and

the Texas Division Sons of Confederate Veterans, Inc.'s ("Confederate Veterans")

(collectively, "Plaintiffs") Emergency Motion for Deferred Ruling.  (Dkt. # 6.)

Plaintiffs' motion requests the Court defer ruling on their Motion for Temporary

Restraining Order (Dkt. # 2) until September 1, 2017, in order to "have a

reasonable opportunity to file an appeal before the [Fifth] Circuit."  (Dkt. # 6.)

However, unless the Court issues a ruling, there will be nothing for Plaintiffs to

appeal to the Fifth Circuit; thus, the emergency motion for deferred ruling lacks merit.  And, to the extent Plaintiffs are asking the Court to stay the effect of its Order on the TRO, the practical effect would be the granting of the relief Plaintiffs sought in their original motion, which the Court has found lacks merit. To the extent Plaintiffs feel an affirmative injunction is warranted pending an appeal to the Fifth Circuit, they may seek expedited relief in the Fifth Circuit which would then review such request.  Accordingly, the Court **DENIES** Plaintiffs' Emergency Motion for Deferred Ruling.  (Dkt. # 6.)

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, August 31, 2017.

_____

David Alan Ezra
Senior United States Distict Judge