IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD BREWER, JEAN CAROL LANE, TEXAS DIVISION SONS OF CONFEDERATE VETERANS, INC., <br>    *Plaintiffs* <br><br> *v.* <br><br> RON NIRENBERG, ROBERTO TREVINO, WILLIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, JOHN COURAGE, CLAYTON PERRY, <br>    *Defendants* | § § § § § § § § § § § § § § § | 5:17-CV-00837-DAE |

**DEFENDANTS RON NIRENBERG, ROBERTO TREVINO, WILLIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, JOHN COURAGE, CLAYTON PERRY's ADR REPORT**

TO THE HONORABLE JUDGE DAVID EZRA:

NOW COMES Defendants, RON NIRENBERG, ROBERTO TREVINO, WILLIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, JOHN COURAGE, CLAYTON PERRY, and files this ADR Report. Defendants will respectfully show the following:

1. Pursuant to this Court's January 31, 2018 Scheduling Order Paragraph One (Dkt # 25) and Local Rule CV-88, Defendants submit this Alternative Dispute Resolution (ADR) report. No settlement negotiations have been entered into between the parties in this matter. If any settlement negotiations are to be entered into in the future, undersigned counsel is the person primarily responsible for settlement negotiations. However, depending on the nature of the settlement, City Council or another committee may have to approve the settlement agreement. After evaluation, Defendants do not believe ADR to be appropriate at this time although

Defendants will comply with any court ordered mediation. Undersigned, by signing below, certifies that Defendants are aware of the ADR procedures available in this Court.

        Respectfully Submitted,

        CITY OF SAN ANTONIO
        Office of the City Attorney
        Litigation Division
        Frost Bank Tower
        100 W. Houston St., 18th Floor
        San Antonio, Texas  78205

        /s/ Deborah Lynne Klein
        Deborah Lynne Klein
        Deputy City Attorney
        Bar No: 11556750
        (210) 207-8919/ (210) 207-4357 Fax
        deborah.klein@sanantonio.gov
        *ATTORNEY FOR DEFENDANTS*

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following on March 5, 2018:

Kirk David Lyons
P. O. Box 1235
Black Mountain, N.C. 28711
kdl@slrc-csa.org

        /s/ Deborah Lynne Klein
        DEBORAH LYNNE KLEIN