IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD BREWER, JEAN CAROL LANE, TEXAS DIVISION SONS OF CONFEDERATE VETERANS, INC., *Plaintiffs* | § § § § § | |
| v. | § § | 5:17-CV-00837-DAE |
| RON NIRENBERG, ROBERTO TREVINO, WILLIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, JOHN COURAGE, CLAYTON PERRY, *Defendants* | § § § § § § § § | |

## PLAINTIFFS' RICHARD BREWER, JEAN CAROL LANE, & TEXAS DIVISION SONS OF CONFEDERATE VETERANS, INC. ADR REPORT & MOTION TO FILE OUT OF TIME

TO THE HONORABLE JUDGE DAVID EZRA:

NOW COMES Plaintiffs, RICHARD BREWER, JEAN CAROL LANE, & TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INC., and files this ADR Report. Plaintiffs will respectfully show the following:

Pursuant to this Court's January 31, 2018 Scheduling Order Paragraph One (Dkt # 25) and Local Rule CV-88, Plaintiffs submit this Alternative Dispute Resolution (ADR) report. No settlement negotiations have been entered into between the parties in this matter. If any settlement negotiations are to be entered into in the future, undersigned counsel is the person primarily responsible for settlement negotiations, Plaintiffs do not believe ADR to be appropriate at this time although Plaintiffs will comply with any court ordered mediation. Plaintiffs will be shortly proffering settlement proposal to Defendants and a list of designated expert witnesses

Plaintiffs' ADR Report p2

with reports following inspection of the monument cannons & time capsule. Undersigned, by signing below, certifies that Plaintiffs are aware of the ADR procedures available in this Court.

Plaintiff's request & move permission to file this report out of time through inadvertence. Counsel for the defendants are unopposed to this motion.

Respectfully Submitted,

/s/ Kirk David Lyons
Kirk David Lyons
Southern Legal Resource Center Inc
Bar No: 12743500
PO Box 1235
Black Mountain, NC 28711
(828) 712-2115/ (828) 575-5290 Fax
kdl@slrc-csa.org
*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following on March 8, 2018:

Deborah Lynn Klein
Deputy City Atty
San Antonio, TX
Deborah.Klein@sanantonio.gov

/s/ Kirk David Lyons
KIRK DAVID LYONS