IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD BREWER, JEAN CAROL LANE, TEXAS DIVISION SONS OF CONFEDERATE VETERANS, INC., *Plaintiffs*, | § § § § § | |
| v. | § § | 5:17-CV-00837-DAE |
| RON NIRENBERG, ROBERTO TREVINO, WILLIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, JOHN COURAGE, and CLAYTON PERRY, In Their Official Capacities as Members of the San Antonio City Council *Defendants* | § § § § § § § § § § | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FOR LEAVE TO AMEND COMPLAINT

Now come RON NIRENBERG, in his Official Capacity as Mayor of the City of San Antonio, and ROBERT TREVINO, WILIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, and JOHN COURAGE, and CLAYTON PERRY, in Their Official Capacities as Members of the San Antonio City Council, and file this their Response to Plaintiffs' Motion to for Leave to Amend Complaint (Dk. #29) and would show unto the Court as follows:

1. Defendants do no oppose leave for Plaintiffs to file a second amended complaint. Defendants reserve the right to file an amended answer in response to said complaint and failure to oppose the request for leave is not an admission that anything contained therein is substantiated by law or by facts.

WHEREFORE, PREMISES CONSIDERED, DEFENDANTS RON NIRENBERG, in his Official Capacity as Mayor of the City of San Antonio, and ROBERT TREVINO, WILIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, and JOHN COURAGE, and CLAYTON PERRY, in Their Official Capacities as Members of the San Antonio City Council, pray this Court deny Plaintiffs' Motion to Inspect in all things, and for such other and further relief, both in law and in equity, to which these Defendants may be entitled.

    Respectfully Submitted,

    CITY OF SAN ANTONIO
    Office of the City Attorney
    Litigation Division
    Frost Bank Tower
    100 W. Houston St., 18th Floor
    San Antonio, Texas  78205

    /s/Deborah Lynne Klein
    Deborah Lynne Klein
    Deputy City Attorney
    Bar No:  11556750
    (210) 207-8919/ (210) 207-4357 Fax
    deborah.klein@sanantonio.gov
    *ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following on April 24, 2018:

Kirk David Lyons
PO Box 1235
Black Mountain, North Carolina 28711

    /s/ Deborah Lynne Klein
    DEBORAH LYNNE KLEIN

Defs Resp to Pls' Mt to Leave Amend Complaint
*Brewer, et. al. v Nirenberg, et. al.,* Cause No. SA-17-CV-00837-DAE
Page 2 of 2