IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

| | |
|---|---|
| Richard Brewer, et al., § | |
|    *Plaintiffs,* § | |
| § | No 5:17-cv-00837 DAE |
| *v.* § | |
| § | |
| Ron Nirenberg, et al., § | |
|    *Defendants.* § | |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION TO EXTEND TIME**

Plaintiffs ask the Court to allow Plaintiffs to withdraw their motion to extend the time to complete discovery, as either moot or premature.

1. Plaintiffs are, Richard Brewer; Jean Carol Lane; and the Texas Division, Sons of Confederate Veterans, Inc.

2. Defendants are Ron Nirenberg, Roberto Trevino, William Shaw, Rebecca Viagran, Rey Saldana, Shirley Gonzales, Greg Brockhouse, Ana Sandoval, Manny Pelaez, John Courage, and Clayton Perry.

3. Plaintiffs sued defendants to prevent them from expending taxpayer funds on the unlawful removal of the Travis Park Monument, the two Congressional cannons, and a time capsule in the monument's

base, citing defendants' abridgment of the plaintiffs' right to free speech under the First Amendment to the U.S. Constitution.

4.     Plaintiffs have confer with defendant's counsel and it became clear to Plaintiff's counsel that the present motion is either moot or premature and thus unnecessary and there was a misunderstanding between counsel as to whether the present motion was certificate of conference is attached to this motion. There are no legal issues requiring a memorandum of law presented here.

Respectfully submitted this 31th day of May 2018.

/s KIRK DAVID LYONS
Texas Bar No. 12743500
P.O. Box 1235
Black Mountain, N.C. 28711
E-mail kdl@slrc-csa.org
Tel. (828) 669-5189
Fax (828) 575-5290

CERTIFICATE OF SERVICE

I certify that on 31 MAY, 2018, a copy of Plaintiffs' Motion to Extend Time was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendants, Ron Nirenberg, et al.

Deborah Lynn Klein
Office of the City Attorney
100 West Houston Street, 18th Floor
San Antonio, Texas 78205
Tel. (210) 207-8919

FAX (210) 207-4357
Deborah.Klein@sanantonio.gov

_____/s/_____
KIRK DAVID LYONS

### CERTIFICATE OF CONFERENCE

On 31 MAY 2018 I conferred by phone with Deborah Klein, attorney for defendants, and I believe she is not opposed granting of this motion.

_____/s/_____
KIRK DAVID LYONS
Attorney for Plaintiffs