IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

| | |
|---|---|
| Richard Brewer, et al., § | |
|    *Plaintiffs*, § | |
| § | |
| v. § | Civil Action No. 5:17-CV-00837-DAE |
| § | |
| Ron Nirenberg, et al., § | |
|    *Defendants*. § | |

### PLAINTIFFS' NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE DAVID ALAN EZRA:

NOW COME plaintiffs, Richard Brewer and the Texas Division, Sons of Confederate Veterans, Inc., and submit this Notice of Appearance and Co-Counsel. In support thereof, plaintiffs respectfully show the Court the following:

    1.    Plaintiffs hereby notify the Court that Mr. David D. Vandenberg will appear as co-counsel with the current counsel in this case.

    2.    Mr. Vandenberg is a member in good standing with the State Bar of Texas and the Bar of the Federal District Court for the Western District of Texas. He may be contacted at the following address:

    David D. Vandenberg
    Texas Bar No. 24107948
    Vandenberg Law, PLLC
    3603D Las Colinas Drive

Austin, Texas 78731
Tel. (512) 373-8694
davidvandenberg@hotmail.com

Respectfully submitted this June 8, 2018.

| /s/ KIRK DAVID LYONS | /s/ David D. Vandenberg |
|---|---|
| Texas Bar No. 12743500 | Tex. Bar No. 24107948 |
| P.O. Box 1235 | 3603D Las Colinas Drive |
| Black Mountain, N.C. 28711 | Austin, Texas 78731 |
| E-mail kdl@slrc-csa.org | E-mail davidvandenberg@hotmail.com |
| Tel. (828) 669-5189 | Tel. (512) 373-8694 |
| Fax (828) 575-5290 | |

## CERTIFICATE OF SERVICE

  I certify that on June 8, 2018, a copy of Plaintiffs' Notice of Appearance of Co-Counsel was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following attorney in charge for defendants, Ron Nirenberg, et al.

Deborah Lynn Klein
Tex. Bar No. 11556750
Office of the City Attorney
100 West Houston Street, 18th Floor
San Antonio, Texas 78205
Tel. (210) 207-8919
Deborah.Klein@sanantonio.gov

                 /s/ David D. Vandenberg