## Entry on Land and Inspection

David Vandenberg
Wed 6/27/2018, 2:16 PM
To:Deborah.Klein@sanantonio.gov <Deborah.Klein@sanantonio.gov>;
patricia.stein@sanantonio.gov <patricia.stein@sanantonio.gov>
Cc:kdl@slrc-csa.org <kdl@slrc-csa.org>;docbill72@gmail.com <docbill72@gmail.com>;
catfishlegal@gmail.com <catfishlegal@gmail.com>

**Dear Deb,**

does either July 9 or 10 work for the inspection?

**David**

David D. Vandenberg, Esq.
Vandenberg Law, PLLC
3603D Las Colinas Drive
Austin, Texas  78731
(512) 373-8694

NOTE:  THE ACCOMPANYING TRANSMISSION IS CONFIDENTIAL AND PRIVILEGED INFORMATION INTENDED ONLY FOR THE NAMED RECIPIENT.  IF RECEIVED IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT OUR EXPENSE AND, UNLESS OTHERWISE INSTRUCTED, DESTROY THIS TRANSMITTAL AND ALL ACCOMPANYING MATERIALS.  ANY OTHER USE, REPRODUCTION OR DISSEMINATION OF THESE MATERIALS IS PROHIBITED.

### Entry on Land and Inspection

David Vandenberg
Thu 6/28/2018, 9:42 AM
To: Deborah.Klein@sanantonio.gov <Deborah.Klein@sanantonio.gov>;
patricia.stein@sanantonio.gov <patricia.stein@sanantonio.gov>
Cc: kdl@slrc-csa.org <kdl@slrc-csa.org>; catfishlegal@gmail.com <catfishlegal@gmail.com>;
docbill72@gmail.com <docbill72@gmail.com>

**Good morning Ms. Klein,**

Steve Tatti or one of his employees can inspect the Travis Park Monument on July 9 or 10.

Can you do either of those days?

Best regards,

David

David D. Vandenberg, Esq.
Vandenberg Law, PLLC
3603D Las Colinas Drive
Austin, Texas  78731
(512) 373-8694

NOTE: THE ACCOMPANYING TRANSMISSION IS CONFIDENTIAL AND PRIVILEGED INFORMATION INTENDED ONLY FOR THE NAMED RECIPIENT. IF RECEIVED IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT OUR EXPENSE AND, UNLESS OTHERWISE INSTRUCTED, DESTROY THIS TRANSMITTAL AND ALL ACCOMPANYING MATERIALS. ANY OTHER USE, REPRODUCTION OR DISSEMINATION OF THESE MATERIALS IS PROHIBITED.

## Fw: Entry on Land and Inspection

David Vandenberg
Fri 6/29/2018, 12:53 PM
To: kdl@slrc-csa.org <kdl@slrc-csa.org>

David D. Vandenberg, Esq.
Vandenberg Law, PLLC
3603D Las Colinas Drive
Austin, Texas  78731
(512) 373-8694

*NOTE:  THE ACCOMPANYING TRANSMISSION IS CONFIDENTIAL AND PRIVILEGED INFORMATION INTENDED ONLY FOR THE NAMED RECIPIENT.  IF RECEIVED IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT OUR EXPENSE AND, UNLESS OTHERWISE INSTRUCTED, DESTROY THIS TRANSMITTAL AND ALL ACCOMPANYING MATERIALS.  ANY OTHER USE, REPRODUCTION OR DISSEMINATION OF THESE MATERIALS IS PROHIBITED.*

---

**From:** Deborah Klein (City Attorney) <Deborah.Klein@sanantonio.gov>
**Sent:** Friday, June 29, 2018 10:59 AM
**To:** David Vandenberg; Patricia Stein (City Attorney)
**Subject:** RE: Entry on Land and Inspection

I am awaiting a confirmation for the 10th and should hear something shortly.

---

**From:** David Vandenberg [mailto:davidvandenberg@hotmail.com]
**Sent:** Friday, June 29, 2018 9:59 AM
**To:** Deborah Klein (City Attorney); Patricia Stein (City Attorney)
**Subject:** [EXTERNAL] Entry on Land and Inspection

Dear Ms. Klein,

we again propose the dates of July 9 or 10 for the inspection of the Travis Park Monument.

Please let me know whether either day works for your clients by close of business today.

Best regards,

David

David D. Vandenberg, Esq.
Vandenberg Law, PLLC
3603D Las Colinas Drive
Austin, Texas  78731