## Deborah Klein (City Attorney)

| | |
|---|---|
| **From:** | David Vandenberg <davidvandenberg@hotmail.com> |
| **Sent:** | Monday, July 09, 2018 12:30 PM |
| **To:** | Deborah Klein (City Attorney) |
| **Subject:** | [EXTERNAL] Re: Brewer Confid Order 2.pdf |

Dear Ms. Klein,

we will agree to a twenty-four hour extension to the deadline for dispositive motions.

We can discuss this tomorrow after the inspection.  We have some questions for you.  We can deal with this quickly, I believe.

I will see about withdrawing the motion.

David

David D. Vandenberg, Esq.
Vandenberg Law, PLLC
3603D Las Colinas Drive
Austin, Texas  78731
(512) 373-8694

NOTE:  THE ACCOMPANYING TRANSMISSION IS CONFIDENTIAL AND PRIVILEGED INFORMATION INTENDED ONLY FOR THE NAMED RECIPIENT.  IF RECEIVED IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT OUR EXPENSE AND, UNLESS OTHERWISE INSTRUCTED, DESTROY THIS TRANSMITTAL AND ALL ACCOMPANYING MATERIALS.  ANY OTHER USE, REPRODUCTION OR DISSEMINATION OF THESE MATERIALS IS PROHIBITED.

---

**From:** Deborah Klein (City Attorney) <Deborah.Klein@sanantonio.gov>
**Sent:** Monday, July 9, 2018 9:53 AM
**To:** kdl@slrc-csa.org; David Vandenberg (davidvandenberg@hotmail.com)
**Cc:** Patricia Stein (City Attorney)
**Subject:** Brewer Confid Order 2.pdf

Counsel –

1.   Attached is a revised confidentiality order which specifically references the confidential information in paragraph 1.b.  Please let me know if this is OK and I will file with an agreed motion today.
2.   I believe a response to your motion to compel is due today.  As the inspection is set for tomorrow, I expected you would be withdrawing this motion.  Please let me know what your intent is by 3 pm today.
3.   The deadline for dispositive motions is today.  Due to several matters that have arisen in the past few weeks, I will be filing a motion to extend the deadline to next Monday, July 16, 2018.  Please let me know if you will be opposing this motion or agreeing to it by 3 pm today.

Thanks for your consideration in this matter.

Deborah Klein
Deputy City Attorney, Litigaiotn

City Attorney's Office
City of San Antonio
100 W. Houston St., Frost Bank Tower 18th Floor
San Antonio, Texas 78205
(210)207-8919