State of Texas §
§
County of Bexar §

## Affidavit of Leticia Vacek

My name is Leticia Vacek. I am over 18 years of age and capable of making this affidavit. The facts stated herein are true and correct, based on my personal knowledge.

"I am the City Clerk for the City of San Antonio. I work in the Office of the City Clerk. I have been so employed during all times relevant to this declaration.

Attached hereto are the following documents:

1. City Council Agenda for the August 31, 2017, City Council Meeting, posted August 28, 2017, at 8:47 a.m.

2. Final Meeting Minutes of the August 16, 2017, B Session of the San Antonio City Council

3. Final Meeting Minutes of the August 30, 2017, B Session of the San Antonio City Council

4. Final Meeting Minutes of the August 31, 2017, A Session of the San Antonio City Council

5. Excerpt of the Minute Entry of the City of San Antonio City Council Meeting March 27, 1899, Granting permission to erect monument in Travis Park

6. City of San Antonio Ordinance 2017-08-31-0598

Pursuant to my duties as the City Clerk for the City of San Antonio, I am a custodian of records of the City of San Antonio. Attached hereto, and as listed above, are copies of pages of records from the City of San Antonio. These records are kept by the City of San Antonio in the regular course of business, and it was the regular course of business of the City of San Antonio for an employee or representative of the City, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records listed above and attached hereto are the original or exact duplicates of the original.

My office has conducted a diligent search of the records of the City of San Antonio. The records contain no record of the creation of a deed, lease, or easement conveying any real property interest in Travis Park to the Bernard E. Bee Chapter of the United Daughters of the Confederacy or to the Albert Sidney Johnston Chapter 2060. The City's records reflect that the City granted permission to the United Daughters of the Confederacy to use property in Travis Park for the purpose of erecting a monument. See Attachment 5. The City's records contain no record of any consideration being received by the City in exchange for allowing use of Travis

Park for the purpose of erecting a monument. The City's records contain no document granting any person a license to use land in Travis Park, in perpetuity.

The Meeting Minutes of City Council are the official record of the City's official activity."

Affiant says nothing further.

_____
LETICIA VACEK

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, by the said LETICIA VACEK, to certify which, witness my hand and seal of office, this 19th day of JUNE, 2018.

_____
Notary Public, State of Texas