State of Texas §
§
County of Bexar §

## Affidavit of Leticia Vacek

My name is Leticia Vacek. I am over 18 years of age and capable of making this affidavit. The facts stated herein are true and correct, based on my personal knowledge.

"I am the City Clerk for the City of San Antonio. I work in the Office of the City Clerk. I have been so employed during all times relevant to this declaration.

Attached hereto are the following documents:

1. City Council Agenda for the August 31, 2017, City Council Meeting, posted August 28, 2017, at 8:47 a.m.

2. Final Meeting Minutes of the August 16, 2017, B Session of the San Antonio City Council

3. Final Meeting Minutes of the August 30, 2017, B Session of the San Antonio City Council

4. Final Meeting Minutes of the August 31, 2017, A Session of the San Antonio City Council

5. Excerpt of the Minute Entry of the City of San Antonio City Council Meeting March 27, 1899, Granting permission to erect monument in Travis Park

6. City of San Antonio Ordinance 2017-08-31-0598

Pursuant to my duties as the City Clerk for the City of San Antonio, I am a custodian of records of the City of San Antonio. Attached hereto, and as listed above, are copies of pages of records from the City of San Antonio. These records are kept by the City of San Antonio in the regular course of business, and it was the regular course of business of the City of San Antonio for an employee or representative of the City, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records listed above and attached hereto are the original or exact duplicates of the original.

My office has conducted a diligent search of the records of the City of San Antonio. The records contain no record of the creation of a deed, lease, or easement conveying any real property interest in Travis Park to the Bernard E. Bee Chapter of the United Daughters of the Confederacy or to the Albert Sidney Johnston Chapter 2060. The City's records reflect that the City granted permission to the United Daughters of the Confederacy to use property in Travis Park for the purpose of erecting a monument. See Attachment 5. The City's records contain no record of any consideration being received by the City in exchange for allowing use of Travis

Park for the purpose of erecting a monument. The City's records contain no document granting any person a license to use land in Travis Park, in perpetuity.

The Meeting Minutes of City Council are the official record of the City's official activity."

Affiant says nothing further.

_____
LETICIA VACEK

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, by the said LETICIA VACEK, to certify which, witness my hand and seal of office, this 19th day of JUNE, 2018.

_____
Notary Public, State of Texas

[Notary Seal: DENICE F. TREVINO, NOTARY PUBLIC, STATE OF TEXAS, ID# 12437..., EXPIRES 10-28-2018]

# Exhibit A

## Attachment 1

Exhibit A, Attachment 1

# City of San Antonio



## AGENDA
## City Council A Session

City Hall Complex
105 Main Plaza
San Antonio, Texas 78205

| Thursday, August 31, 2017 | 9:00 AM | Municipal Plaza Building |
|---|---|---|

The City Council shall convene and hold its regular meeting in the Norma S. Rodriguez Council Chamber in the Municipal Plaza Building within the City Hall Complex beginning at 9:00 AM. After the meeting is convened, the City Council shall consider the following items no sooner than the designated times, but may consider them at a later time.

**9:00AM: Call to Order**

At any time during the meeting, the City Council may meet in executive session for consultation with the City Attorney's Office concerning attorney-client matters under Chapter 551 of the Texas Government Code.

Citizens may appear before the City Council to speak for, against, or on any item on this agenda, in accordance with procedural rules governing City Council meetings. Questions relating to these rules may be directed to the Office of the City Clerk at (210) 207-7253.

**DISABILITY ACCESS STATEMENT**

**This meeting site is wheelchair accessible. The Accessible Entrance is located at the Municipal Plaza Building / Main Plaza Entrance. Accessible Visitor Parking Spaces are located at City Hall, 100 Military Plaza, north side. Auxiliary Aids and Services, including Deaf interpreters, must be requested forty-eight [48] hours prior to the meeting.  For assistance, call (210) 207-7268 or 711 Texas Relay Service for the Deaf.**

Intérpretes en español estarán disponibles durante la junta del consejo de la ciudad para los asistentes que lo requieran. También se proveerán intérpretes para los ciudadanos que deseen exponer su punto de vista al consejo de la ciudad.  Para más información, llame al (210) 207-7253

For additional information on any item on this agenda, please visit www.sanantonio.gov or call 207-7080.

1.     17-4815     Invocation by Pastor David Brockhouse, Mt. Olive Lutheran Church, guest of Councilmember Greg Brockhouse, District 6.

| City Council A Session | AGENDA | August 31, 2017 |
|---|---|---|

**2.**  17-4816   Pledge of Allegiance

**3.**  17-4817   Approval of Minutes for the Special City Council Meetings of June 21 - 22, 2017, Special City Council Meeting of June 28, 2017 and the Regular City Council Meeting of June 29, 2017.

**4.**  17-4818   Councilmember Manny Peláez will be sworn-in as Mayor Pro-Tem, serving the term August 31, 2017-November 9, 2017.

**THE FOLLOWING ITEMS MAY BE CONSIDERED AT ANY TIME DURING THE REGULAR COUNCIL MEETING:**

**INDIVIDUAL ITEM(S) FOR STAFF BRIEFING**

**5.**  17-4900   An Ordinance authorizing: A) the removal and storage of the Confederate Soldier monument and two cannons located in Travis Park; B) the City to enter into contracts for the removal, transportation, and storage of the Confederate Soldier monument and two cannons in an amount not to exceed $150,000.00; C) the City to enter into a donation agreement with a nonprofit involved in historic preservation or education for the acceptance of the Confederate Soldier Monument and two cannons; and D) a modification to Chapter 35-640 and 35-803 of the Unified Development Code to allow for the above. [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations]

**CONSENT AGENDA**

**Purchase of Services, Supplies and Equipment**

**6.**  17-4366   An Ordinance authorizing a contract with Midwest Tape, LLC to provide media, cataloging, and digital processing services for the San Antonio Public Library for an estimated annual cost of $2,500,000.00, funded from the General Fund. [Ben Gorzell, Chief Financial Officer; Troy Elliott, Deputy Chief Financial Officer, Finance]

**7.**  17-4386   An Ordinance accepting the offers from Four J Traffic Controls, LLC, Flasher Equipment Company and Short-Line Corporation dba American Signal Equipment Company for the rental, delivery and pickup of traffic barricade equipment for the Police, Transportation and Capital Improvements, Center City Development and Operations, and Convention and Sports Facilities Departments for an estimated

annual cost of $547,000.00, funded from the FY 2017 and FY 2018 Operating Budgets. [Ben Gorzell, Chief Financial Officer; Troy Elliott, Deputy Chief Financial Officer, Finance]

8. 17-4420  An Ordinance authorizing contracts with The Akana Group, Inc., C&M Golf & Grounds Equipment, Holt Texas, LTD, Sageline, Inc., and Tuttle Motor Company to provide City departments with tractors and landscaping equipment for an estimated total cost of $1,594,054.18 over a two year period, funded by the Equipment Renewal and Replacement Fund and the Storm Water Fund. [Ben Gorzell, Chief Financial Officer; Troy Elliott, Deputy Chief Financial Officer, Finance]

**Capital Improvements**

9. 17-4156  An Ordinance authorizing an amendment to the existing contract with Turner Construction increasing the contract amount by $1,977,990.00 for a revised total contract value not to exceed $142,592,316.00 and appropriating $907,008.00 for additional specialized third party inspection services, unanticipated costs of IT network upgrades and system integrations, utility impact fees and other project support services for the CONRAC project. [Carlos Contreras, Assistant City Manager; Mike Frisbie, Director, Transportation & Capital Improvements]

10. 17-4322  An Ordinance for the Lamar Street Reconstruction (Austin St to N. New Braunfels) Project, a 2017-2022 Bond and Community Development Block Grant funded project, accepting the lowest responsive bid and awarding a construction contract, including three additive alternates, to San Antonio Constructors, Ltd. in the amount of $5,457,166.50, of which $1,823,897.70 will be reimbursed by San Antonio Water System (SAWS) and $475,692.00 will be reimbursed by CPS Energy, located in Council District 2. [Peter Zanoni, Deputy City Manager; Mike Frisbie, Director, Transportation & Capital Improvements]

**Acquisition, Sale or Lease of Real Property**

11. 17-3518  An Ordinance authorizing the execution of the Second Amendment and Extension to the Lease Agreement for 11,622 square feet of office space located at 215 S. San Saba Street for the San Antonio Fire Department Health and Wellness Program located in Council District 1.

|  |  |  |
|---|---|---|
|  |  | [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development & Operations] |
| 12. | 17-4604 | An Ordinance authorizing a five-year extension of parking lease with the General Services Administration for the continued use of the parking lot at 727 East Cesar Chavez, beginning September 1, at an initial rate of $50,103.36 annually. [Lori Houston, Assistant Manager; John Jacks, Director, Center City Development & Operations] |

**Street Closures and Traffic Control Procedures**

| 13. | 17-3979 | An Ordinance authorizing the closure, vacation and abandonment of an improved 0.6562 acre segment of Britney Circle Public Right of Way located at O'Connor Road in Council District 10 as requested by Rockport Family Partnership, Ltd., for a fee of $21,500.00. [Peter Zanoni, Deputy City Manager; Mike Frisbie, Director, Transportation & Capital Improvements] |
|---|---|---|

**Grant Applications and Awards**

| 14. | 17-4830 | A Resolution of Support for the United Way of San Antonio application of the Westside Promise Neighborhood Grant and approval of a preliminary Memorandum of Understanding between the City of San Antonio, United Way of San Antonio, San Antonio Independent School District, San Antonio Housing Authority and Bethel Prevention Coalition for the Westside Promise Neighborhood Advisory Board; and commitment to provide In-Kind contributions, and prior funded municipal infrastructure enhancements should the grant be awarded. [Peter Zanoni, Deputy City Manager; Verónica R. Soto, Director, Neighborhood and Housing Services] |
|---|---|---|
| 15. | 17-4268 | An Ordinance authorizing the acceptance of an additional $1,025.00 from the Office of National Drug Control Policy for the High Intensity Drug Trafficking Area grant to increase original fund award to the San Antonio HIDTA Initiative for the grant period January 1, 2017, through December 31, 2018. [Erik J. Walsh, Deputy City Manager; William P. McManus, Chief of Police] |
| 16. | 17-4565 | An Ordinance authorizing the submission of a grant application in an amount up to $272,594.00 to the U.S. Department of Justice to support the Child Welfare Strategic Alliance Program, and authorizing an interlocal agreement with Bexar County regarding the distribution of |

| City Council A Session | AGENDA | August 31, 2017 |
|---|---|---|

grant funds and the designation of Bexar County as the grant fiscal agent. [Erik Walsh, Deputy City Manager; William P. McManus, Chief of Police]

**City Code Amendments**

17. 17-4179   An Ordinance authorizing amendments to Chapters 29 and 37 of the City's Municipal Code to provide an initial framework for the deployment of small cell network nodes and node support poles in the public right-of-way, authorized by SB 1004, which added Chapter 284 to the Texas Local Government Code; approving a design manual for network nodes and node support poles in accordance with SB 1004; and amending Chapter 29 to include San Antonio Water System's (SAWS) utility locate contact information. [Peter Zanoni, Deputy City Manager; Mike Frisbie, Director, Transportation & Capital Improvements]

**Miscellaneous**

18. 17-4243   An Ordinance ratifying a Memorandum of Understanding between the Department of Homeland Security, acting through the Federal Emergency Management Agency, and the San Antonio Fire Department to establish terms and understanding for participation in the FEMA Personal Identity Verification-Interoperable Smart Card Beta Test. [Erik Walsh, Deputy City Manager; Charles Hood, Fire Chief]

19. 17-4367   An Ordinance authorizing Interlocal Agreements with the University of Texas Health Science Center at San Antonio to provide the San Antonio Fire Department with contracts for a period beginning October 1, 2017 and ending September 30, 2020, with two extensions of one year each for Emergency Medical Technician Training and Emergency Medical Services System oversight for an estimated cost for the first year of $1,840.730, and EMS Medical Direction Services for an estimated cost for the first year of $1,298,509, and amending the prior Interlocal Agreements between the parties to provide for certain payments out of residual funds. [Erik Walsh, Deputy City Manager; Charles Hood, Fire Chief]

20. 17-4574   An Ordinance authorizing an agreement with Jennifer Meyer Bankler, D.D.S. for an amount up to $120,000.00 for a term beginning October 1, 2017 and ending September 30, 2018 with options to renew for two, one-year terms for the San Antonio Metropolitan Health District's Oral

Health Program. [Erik Walsh, Deputy City Manager; Colleen M. Bridger, MPH, PhD, Director of Health]

**21.**   17-4622   An Ordinance authorizing the execution of a Health Care Services Agreement with University of the Incarnate Word for the provision of health screening services for the City of San Antonio Head Start Program through July 31, 2018 with five one-year renewal options, for a total value not to exceed $540,000.00. [María Villagómez, Assistant City Manager; Melody Woosley, Director, Human Services]

**22.**   17-4200   An Ordinance authorizing the execution of three legal services contracts for low income San Antonio residents as follows: 1) American Gateways in partnership with Texas RioGrande Legal Aid in the amount of $100,000.00; 2) Catholic Charities in the amount of $75,000.00; and 3) Refugee & Immigrant Center for Education and Legal Services (RAICES) in the amount of $75,000.00 for a period of one year, with 2 one-year renewal options if funding is made available; the yearly total amount for all contracts is $250,000.00 funded by the City's General Fund in the amount of $150,000.00 and a grant from the Vera Institute of Justice in the amount of $100,000.00. [María Villagómez, Assistant City Manager; Melody Woosley, Director, Human Services]

**23.**   17-4598   An Ordinance authorizing a four year contract with SIP Creatives, LLC in an amount up to $150,000.00 per year to develop and implement an advertising campaign intended to increase the number of applicants to the San Antonio Police Department. [Erik Walsh, Deputy City Manager; William McManus, Chief of Police]

**24.**   17-4623   An Ordinance authorizing the purchase of Commercial Insurance Policies for City operations for a one year policy period, effective October 1, 2017, in the estimate amount of $1,082,796.60 with two one-year renewal options for a total estimated cost of $3,257,313.67. [Ben Gorzell, Chief Financial Officer; Debra Ojo, Director, Risk Management]

**25.**   17-4701   An Ordinance authorizing the one year renewal of the contract with Tetra Tech, Inc. for On-Call Debris Management Monitoring services, in amount not to exceed $100,000.00, dependent on a Federal Emergency Management Administration (FEMA) declared disaster emergency.  [Roderick J. Sanchez, Assistant City Manager; David W. McCary, Director, Solid Waste Management Department]

| City Council A Session | AGENDA | August 31, 2017 |
|---|---|---|

| | | |
|---|---|---|
| 26. | 17-4717 | An Ordinance authorizing the one year renewal of the contract with DRC Emergency Services, LLC, for On-Call Debris Management services in amount not to exceed $500,000.00, dependent on a Federal Emergency Management Administration (FEMA) declared disaster emergency. [Roderick J. Sanchez, Assistant City Manager; David W. McCary, Director, Solid Waste Management] |
| 27. | 17-4363 | An Ordinance authorizing the execution of five On-Call Professional Landscape Architectural Consulting Services Agreements, with Bender, Inc., Dunaway Associates, L.P., MP Studio Landscape Architecture, LLC, Open Air Studios, LLC and Terra Design Group, Inc., each in the amount not to exceed $400,000.00 per year per firm, for a term of one year with the option to extend for one additional year, under the same terms and conditions, to provide as-needed professional landscape architectural consulting services for City-owned facilities and improvements, construction projects and planning projects located City-wide. [Peter Zanoni, Deputy City Manager; Mike Frisbie, Director, Transportation & Capital Improvements] |
| 28. | 17-4741 | Consideration of the following two items for the Alameda Theater Complex Restoration Project: [Lori Houston, Assistant City Manager; John Jacks, Director, Center City Development] |
| 28A. | 17-4824 | An Ordinance authorizing a funding and development agreement among the City of San Antonio, Bexar County, Alameda Theater Conservancy and Texas Public Radio in an amount of $9,200,000 which includes $700,000 in tax increment and $8,500,000 in certificate of obligation funding for the renovation of the Alameda Theater Complex; amending the Houston Street Tax Increment Reinvestment Zone (TIRZ) Project Plan and Finance Plan to include the Alameda Theater Restoration Project; and providing for a reimbursement from the Houston Street TIRZ of $8,500,000 in principal amount and associated interest for the certificates of obligation. |
| 28B. | 17-4825 | An Ordinance authorizing a Master Lease Agreement with the Alameda Theater Conservancy for city-owned property located at 318 W. Houston in City Council District 1 and known as the Alameda Theater and Annex Property. |

**Annexation**

| | | |
|---|---|---|
| **City Council A Session** | **AGENDA** | **August 31, 2017** |

| | | |
|---|---|---|
| **29.** | 17-4554 | An Ordinance providing for the extension of the City of San Antonio City limits by full purpose annexation of commercial corridors and enclaves constituting 19.05 square miles in Bexar County, Texas in the following areas and approving Development Agreements between the City of San Antonio and multiple property owners of property currently appraised for ad valorem tax purposes as agricultural, wildlife management, or timber purposes and removal from the aforementioned full purpose annexation areas to guarantee continued exterritorial status for a period of ten years.  [Peter Zanoni, Deputy City Manager; Bridgett White, Director, Department of Planning] |
| | | (A)  Babcock Corridor, |
| | | (B) Culebra Road - Alamo Ranch Corridor, |
| | | (C) Wiseman Boulevard Corridor, |
| | | (D) Potranco  Road  -West Loop 1604 Commercial Corridors, |
| | | (E) Vance Jackson Road – North Loop 1604 West Tracts, |
| | | (F) Foster Road Area and |
| | | (G) IH 10 East Loop 1604 East Interchange |
| **P-1.** | 17-4787 | PLAN AMENDMENT CASE # 17063 (Council District 2, 4, 6, 8): An Ordinance amending future land use of the North Sector Plan, the West/Southwest Sector Plan, the Eastern Triangle Community Plan, and the IH-10 East Perimeter Plan for approximately 18.5 square miles in Bexar County, Texas in the annexation areas prescribed below. Staff recommends Approval.  Planning Commission recommends Approval with the exception of Denial for the Portranco Road Annexation Area. (Associated Zoning Case Z2017206) [Roderick Sanchez, Assistant City Manager; Michael Shannon, Director, Development Services] |
| | | (A) Babcock Road Corridor Annexation Area (Council District 8) To amend the North Sector Plan, by changing the future land use from "Natural Tier", "Suburban Tier", and "Rural Estate Tier" to "Country Tier", "Rural Estate Tier", "Natural Tier", "Suburban Tier", and "General Urban Tier" on approximately 1.82 square miles located in |

Bexar County, Texas, generally located north of North Loop 1604 W, east of Scenic Loop Road, south of Cielo Vista, bounded by western and northern San Antonio city limits

(B) The Culebra Road- Alamo Ranch Parkway Corridor Annexation Area (Council District 6)
To amend the West/Southwest Sector Plan, by changing the future land use from "Regional Center" and "Suburban Tier" to "Regional Center" and "Suburban Tier" on approximately 0.6 square miles located in Bexar County, Texas, generally located north of Wiseman Road, south of Culebra Road San Antonio city limits, to west of western city limits near West Loop 1604, south of Alamo Ranch Parkway and Alamo Parkway and Lone Star Parkway

(C) The Wiseman Boulevard Corridor Annexation Area (Council District 6)
To amend the West/Southwest Sector Plan, by changing the future land use from "General Urban Tier", "Suburban Tier", "Mixed Use Center", "Regional Center", and "Civic Center" to "General Urban Tier", "Suburban Tier", "Regional Center", and "Civic Center" on approximately 1.96 square miles located in Bexar County, Texas, generally located north of West Military Drive, from the western San Antonio city limits to the east of Talley Road, and south of Alamo Ranch Parkway

(D) The Potranco-West Loop 1604 North and South Corridors Annexation Area (Council District 4 and 6)
To amend the West/Southwest Sector Plan, by changing the future land use from "Suburban Tier", "Regional Center", "Agribusiness Tier", "Natural Tier", "Civic Center", "General Urban Tier" and "Rural Estate Tier" to "Regional Center", "Rural Estate Tier", "Agribusiness Tier", "Civic Center", General Urban Tier", "Natural Tier" and "Suburban Tier" on approximately 8.27 square miles located in Bexar County, Texas, generally located north of Nelson Road, east of West Grosenbacher Road south of West Military Drive, west of western city limits, and near West Loop 1604

(E) The Vance Jackson - North Loop 1604 West Tracts Annexation Area (Council Disrtict 8)
To amend the North Sector Plan, by changing the future land use from "Regional Center" and "Mixed Use Center"on approximately 0.1

square miles located in Bexar County, Texas, generally located north of Loop 1604 West, east of Vance Jackson Road, south of the Quarry, west of northwest Military Highway

(F) The Foster Road Annexation Area (Council District 2)
To amend the Eastern Triangle Community Plan and IH 10 East Perimeter Plan, by changing the future land use from "Community Commercial", "Industrial", "Low Density Residential", "Neighborhood Commercial", "Rural Living", "Public Institutional", "Medium Density Residential", "Agricultural" and "Parks Open Space" to "Industrial", "Public Institutional", "Light Industrial", "Low Density Residential", "Heavy Industrial" and "Neighborhood Commercial" on approximately 3.94 square miles located in Bexar County, Texas, generally located along Foster Road, north of Rigsby-US 87, and east of Loop 410 East, south of IH-10 East, west of FM 1516

(G) The IH-10 East-Loop 1604 East Interchange Annexation Area (Council District 2)
To amend the IH-10 East Perimeter Plan, by changing the future land use from "Urban Living", "Low-Density Residential", "Parks/Open Space", and "Regional Commercial" to "Low-Density Residential", "Community Commercial", "Regional Commercial", "Heavy Industrial", "Urban Living" and "Industrial" on approximately 2.36 square miles located in Bexar County, Texas, generally located South of IH-10 East, west of Old Greytown Road, north of Greytown Road, east of FM 1516

**Z-1.**   17-4789   ZONING CASE # Z2017206 (Council District 2, 4, 6, 8): An Ordinance assigning and adopting zoning to areas considered for annexation from "OCL" Outside City Limits being approximately 18.5 square miles in Bexar County, Texas and amending City Code Chapter 35, Section 35-399.04 and 35-339.05.  Staff recommends Approval, pending Plan Amendment. Zoning Commission recommends Approval and an Alternate Recommendation for the Culebra Road and Foster Road Annexation Areas. (Associated Plan Amendment 17063) [Roderick Sanchez, Assistant City Manager; Michael Shannon, Director, Development Services]

(A)  The Babcock Road Corridor Annexation Area to "RE" Residential Estate District, "RP" Resource Protection District, "R-6" Residential Single-Family District, "C-2" Commercial District, "C-2 S"

Commercial District with a Specific Use for a Wireless Communication System, "C-2 S" Specific Use Authorization for a Convenience Store (with gasoline and carwash), "MF-18" Limited Density Multi-Family District, "MF-33" Multi-Family District, "ED" Entertainment District, "MLOD-1" Camp Bullis Military Lighting Overlay District and "MSAO-1" Camp Bullis Military Sound Attenuation Overlay District and "ERZD" Edwards Recharge Zone District on certain properties generally located north of North Loop 1604 W, east of Scenic Loop Road, south of Cielo Vista, bounded by western and northern San Antonio city limits

(B)  The Culebra Road-Alamo Ranch Parkway Corridor Annexation Area to "RP" Resource Protection District, "C-2" Commercial District, "C-3" General Commercial District, "MF-25" Multi-Family District, "MF-33" Multi-Family District, "MXD" Mixed Use District and "GC-2" Highway 151 Gateway Corridor Overlay District on certain properties generally located north of Wiseman Road, south of Culebra Road San Antonio city limits, to west of western city limits near West Loop 1604, south of Alamo Ranch Parkway and Alamo Parkway and Lone Star Parkway

(C)  The Wiseman Boulevard Corridor Annexation Area to "R-4" Residential Single-Family District, "R-6" Residential Single-Family District, "C-2" Commercial District, and "MXD" Mixed Use District generally located north of West Military Drive, from the western San Antonio city limits to the east of Talley Road, and south of Alamo Ranch Parkway

(D)  The Potranco-West Loop 1604 Corridors Annexation Area to "FR" Farm and Ranch District, "RP" Resource Protection District, "RD" Rural Development District, "RE" Residential Estate District, "R-20" Residential Single-Family District, "NP-10" Neighborhood Preservation District, "R-6" Residential Single-Family District, "R-5" Residential Single-Family District, "MF-18" Limited Density Multi-Family District, "MF-33" Multi-Family District, "C-2" Commercial District, "C-3" General Commercial District, "L" Light Industrial District, "I-1" General Industrial District, "MXD" Mixed Use District, "C-2 CD" Specific Use Authorization for a Convenience Store (with gasoline and carwash), "C-3 CD" Conditional Use for Batch Plant, "C-2 CD S" Conditional Use for Outdoor Storage Under Roof and Screened, "C-2 CD" Conditional Use for a Carwash, and "C-2

CD" Auto and Light Truck Repair, "I-1 S" General Industrial District with a Specific Use for Outdoor Storage With No Screening Required, and creating and assigning the "MLOD-2" Medina Annex Military Lighting Overlay District and "MSAO-2" Medina Annex Military Sound Attenuation Overlay District and "AHOD" Airport Hazard Overlay District on certain properties, generally located north of Nelson Road, east of West Grosenbacher Road south of West Military Drive, west of western city limits, and near West Loop 1604

(E)  The Vance Jackson Annexation Area to "C-2" Commercial District, "C-3" General Commercial District , "UC-1" IH-10/FM 1604 Urban Corridor Overlay District and "ERZD" Edwards Recharge Zone District generally located north of North Loop 1604 West, east of Vance Jackson Road, south of the Quarry, west of NW Military Highway

(F)  The Foster Road Annexation Area to "RP" Resource Protection District, "R-20" Residential Single-Family District, "RE" Residential Estate District, "NP-10" Neighborhood Preservation, "R-6" Residential Single-Family District, "C-1" Light Commercial District, "C-1 CD" Light Commercial District with Conditional Use for Live Entertainment with Cover Charge 3 or more days per Week, "C-2" Commercial District, "L" Light Industrial District, "I-1" General Industrial District, "I-2" Heavy Industrial District and "AHOD" Airport Hazard Overlay District on certain properties generally located along Foster Road, north of Rigsby-US 87, and east of Loop 410 East, south of IH-10 East, west of FM 1516

(G)  The IH-10 East-Loop 1604 East Interchange Annexation Area to "R-4" Residential Single-Family District, "C-2" Commercial District, "C-3" General Commercial District, "MXD" Mixed Use District, "I-1" General Industrial District, "I-2" Heavy Industrial District and "AHOD" Airport Hazard Overlay District generally located South of IH-10 East, west of Old Greytown Road, north of Greytown Road, east of FM 1516

**City Manager's Report**

30.    17-4819    City Manager's Report

**THE CITY COUNCIL WILL RECESS FOR LUNCH AT NOON AND RECONVENE TO CONSIDER ANY UNFINISHED COUNCIL BUSINESS**