| | | |
|---|---|---|
| **City Council A Session** | **AGENDA** | **August 31, 2017** |

**ADJOURNMENT**

6:00 P.M. – If the Council has not yet adjourned, the presiding officer shall entertain a motion to continue the council meeting, postpone the remaining items to the next council meeting date, or recess and reconvene the meeting at a specified time on the following day.

# Exhibit A

## Attachment 2

Exhibit A, Attachment 2

# State of Texas
# County of Bexar
# City of San Antonio



## FINAL
## Meeting Minutes
## City Council B Session

City Hall Complex
105 Main Plaza
San Antonio, Texas 78205

| Wednesday, August 16, 2017 | 2:00 PM | Municipal Plaza Building |
|---|---|---|

The City Council of San Antonio convened in the "B" Room of the Municipal Plaza Building. City Clerk Leticia Vacek took the Roll Call noting the following Councilmembers present:

**PRESENT:** 11 - Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage, and Perry

1. Staff presentation on the FY 2018 Proposed Budget focusing on, but not limited to, the following City Departments: [Sheryl Sculley, City Manager; Justina Tate, Director, Management & Budget]

    A. Fire

Chief Hood presented a video depicting the San Antonio Fire Department (SAFD) and reviewed their mission. He reported that SAFD was recently rated as a Class I Fire Department by the Insurance Services Office (ISO); the highest rating a Fire Department could achieve. He displayed a Service Area Map which covered a population of over 1.4 million and 491 square miles. He provided an overview of department personnel and reviewed emergency response capabilities. He presented the evolution of the SAFD

Fire-Based Emergency Medical Services (EMS) System and highlighted the Mobile Integrated Healthcare (MIH). He reviewed the total number of incidents for FY 2016 and the SAFD response times for 2015, 2016, and through the 3rd quarter of 2017. He displayed a map of the estimated response density per square mile and reviewed the standards of cover. He reported that there were no vacancies in the department at this time and outlined several infrastructure projects which were completed or scheduled for completion this year. Lastly, he presented the SAFD proposed Budget of $326 million for FY 2018 for all funds and the FY 2018 proposed General Fund Budget.

Mayor Nirenberg asked of the consequences of the recent flooding. Chief Hood replied that there were 269 calls for service, seven structure fires, and numerous water rescues. Mayor Nirenberg asked of the ISO Class I Rating as it relates to insurance. Chief Hood stated that some companies offered up 8% in deductions for Fire Insurance.

Councilmember Saldaña asked if follow up was included in the MIH Program. Chief Hood replied that follow up was part of the program as the patient would develop a relationship with an MIH Paramedic. Councilmember Treviño asked what SAFD could to do prepare for the next tornado or extreme weather event. Chief Hood replied that education of citizens and Command Centers were important in preparing for said events.

Councilmember Gonzales asked if Post Traumatic Stress Disorder (PTSD) and mental health training were available to personnel. Chief Hood replied that Mental Health Care Professionals were employed by the department and available to personnel. Councilmember Pelaez spoke of the need for data-driven resiliency analysis and the creation of a resiliency index. Chief Hood stated that a plan for 22 types of incidents existed and invited the City Council to tour the Emergency Operations Center. He noted that SAFD and other agencies were constantly preparing to manage any type of emergency. Councilmember Courage asked if SAFD needed more EMS Units than proposed. Chief Hood replied that resources were always needed.

Councilmember Brockhouse asked of the morale in the department. Chief Hood stated that morale was high at this time and that acquiring new equipment raised morale.

Mayor Nirenberg stated that the city must decide on the standard for fire protection.

Councilmember Sandoval asked when the MIH Program was implemented. Chief Hood replied that a Pilot MIH Program began in 2015 and calls from those in the MIH Program were reduced by 63.7%.

Councilmember Perry requested a presentation on the capabilities of the Emergency

Operations Center (EOC) and spoke of acquiring equipment for medical services as opposed to fire services. Chief Hood stated that it would be more critical to acquire a ladder truck than to acquire an EMS Unit. Councilmember Perry requested the response times for EMS in Council District 10. Councilmember Viagran requested an update on the High-Rise Sprinkler System. Chief Hood stated that the department working on a 12-year retrofit plan. Mayor Nirenberg thanked staff for the presentation.

B. Police

Chief McManus stated that the San Antonio Police Department (SAPD) consisted of three bureaus: Police Operations; Operations Support; and Administrative Services. He reviewed the number of violent crimes in 2015, provided an overview of the number of property crimes, and reviewed the results of the Violent Crimes Task Force. He reported the Violent Crimes Task Force results: 1) 51% increase in Street Crimes Unit arrests; 2) 41% increase in narcotics arrests citywide; and 3) 60% increase in weapon violation arrests citywide. He compared the number of SAPD arrests for 2016 and 2017 to date and stated that SAPD was selected as a model for advancing 21st Century Policing. He noted that the 2018 Proposed Budget from all funds was $475 million of which 93% came from the General Fund. He reviewed that addition of 40 Police Officers in the Proposed Budget and noted that the proposed Budget included funds for a Community Engagement Program. He reviewed the results of the Spotspotter Program noting that there had been no change in the number of arrests in the designated areas for the program. He spoke of the number of vacancies in the department and reviewed the recruitment strategy. He stated that funds which originate through property or asset seizures were allocated by Federal, State, or Local Agency and must be utilized for law enforcement purposes. He spoke of the Center City Substation and noted that it was approved as part of the 2017 Bond Program. He stated that the average rate of service was 97.5% and 90% of calls were answered in 10 seconds or less. He noted that the average answer time was time was 8 seconds or less.

Mayor Nirenberg asked of the status of deployment of the body cameras. Chief McManus reported that 2,000 body cameras had been deployed and the remainder would be deployed to Special Units.

Councilmember Viagran asked how many Police Officers were needed per substation. Chief McManus replied that approximately 200 Police Officers were needed per substation. Councilmember Pelaez spoke of making an effort for continued improvement on the time spent writing reports. Chief McManus state that Officers were able to code incidents which saved time.

| City Council B Session | Meeting Minutes | August 16, 2017 |
|---|---|---|

Councilmember Shaw asked if a relationship existed between SAPD and the District Attorney's Office. Chief McManus that SAPD partnered with the District Attorney's Office to prosecute cases. Councilmember Shaw asked how many convictions there were based on arrests. Chief McManus replied that he would provide that information to the City Council.

Councilmember Brockhouse asked of the number of Cadets lost due to attrition. City Manager Sculley stated that 20% of the Cadet Class was lost due to attrition. Councilmember Perry asked why it would take three years to deploy all of the restraints in Police vehicles. Chief McManus replied that it would take three years to deploy because it would decrease fleet availability.

Councilmember Courage asked of the policy for turning and keeping body cameras on. Chief McManus stated that Officers responding to a call would turn on their body cameras but could turn them off when conferring with a Sergeant or a witness. He noted that the body camera would be turned back on to complete the call. Councilmember Courage asked why the body cameras were turned off. Chief McManus replied that body cameras were turned off due to battery life and storage of the video.

Councilmember Sandoval asked if the Child Safety Fund was the same as the Crossing Guard Program. Chief McManus replied that it was. Councilmember Gonzales asked of the response time outside of Loop 1604. Chief McManus stated that said response time was 6 minutes and 55 seconds. Mayor Nirenberg thanked staff for the presentation and announced that the meeting would resume in the City Council Chambers for Citizens to be Heard.

**EXECUTIVE SESSION**

The Executive Session was not held. Mayor Nirenberg announced that it would be addressed the following day after the morning portion of the City Council Meeting.

A.  Economic development negotiations pursuant to Texas Government Code Section 551.087 (economic development).

B.  The purchase, exchange, lease or value of real property pursuant to Texas Government Code Section 551.072 (real property).

C.  Legal issues related to collective bargaining pursuant to Texas Government Code Section 551.071 (consultation with attorney).

D.  Litigation matters involving the City including pending or contemplated litigation or settlement offers pursuant to Texas Government Code Section 551.071 (consultation with attorney).

E.  Discuss legal issues related to settlement offers in lawsuits against the City by Jose Samaniego and Arthur Vargas, pursuant to Texas Government Code Section 551.071 (consultation with attorney).

F.  Discuss legal issues relating to state or federal grant requirements pursuant to Texas Government Code Section 551.071 (consultation with attorney).

**CITIZENS TO BE HEARD**

Mayor Nirenberg reconvened the meeting at 6:07 pm in the City Council Chambers and called upon the citizens registered to speak.

Michael Ruckstuhl spoke of his veteran brother's experiences and asked the City Council to leave the Confederate Monument in Travis Park to honor fallen soldiers.

Kerrie Hillyer asked the City Council not to remove the Confederate Monument in Travis Park in order to preserve the memory of the fallen soldiers.

Carlos Raymond asked the City Council to improve safety conditions on the streets of San Antonio by reducing panhandling.

Lamar Henry asked the City Council to leave the Confederate Monument in Travis Park in honor of fallen Confederate Soldiers and all veterans.

Robin Terrazas identified herself as the Chapter President of the San Antonio United Daughters of the Confederacy and spoke of the history of the placement of the Confederate Monument.

Richard Brewer asked the City Council to leave the Confederate Monument in Travis Park in honor of the Confederate Soldiers and their families who suffered hardships during the Civil War.

Mark Perez noted concerns with zoning and code compliance as well as businesses operating without the proper permits.

| City Council B Session | Meeting Minutes | August 16, 2017 |
|---|---|---|

Brandon Burkhardt, Vice President of This Is Texas Freedom Force, expressed concern with counter-protest activities in Travis Park and asked the City Council to leave the Confederate Monument in Travis Park.

Samuel Durandard asked the City Council to remove the Confederate Monument from Travis Park due to its ties to slavery.

Rothie Hackstadt asked the City Council to stop restricting citizen activity.

Judy Brady discussed violent crimes in San Antonio and asked the City Council to investigate the San Antonio Housing Authority for abuses.

Joshua Huff asked the City Council to hold a public vote on the removal of the Confederate Statue in Travis Park and spoke in opposition to its removal.

Jonathan LaFevers spoke in favor of removing the Confederate Monument from Travis Park because of its historical ties to slavery.

Leslie Wilson stated that she attended a rally at Travis Park in support of keeping the Confederate Monument and asked the City Council to speak out against counter-protest activity.

Jessmynda Dosch-Evangelista asked the City Council to remove all Confederate Monuments and spoke of her experience as a trans-racial adoptee.

Rusty Mahan asked the City Council to allow the Confederate Monument to remain in Travis Park in honor of fallen soldiers and for citizens to vote on its removal.

John McCammon identified himself as a veteran and the President of the Confederate Cemetery Association. He stated that the Confederate Monument in Travis Park was a cenotaph for fallen soldiers and asked the City Council to allow it to remain.

Lisa Walden asked the City Council to move the Confederate Monument to a museum due to its history.

Diana Denman asked the City Council to leave the Confederate Monument in Travis Park to honor History.

Kelly Walls expressed concern regarding Animal Care Services and their mistreatment of

animals. She discussed incidents that led to animal fatalities and asked the City Council to investigate.

John Bachman concurred with Ms. Walls' concerns regarding Animal Care Services and asked the City Council to investigate the incidents.

Darrah McCammon asked the City Council to leave the Confederate Monument in Travis Park.

Matthew Lerma showed excerpts from social media of members of This Is Texas Freedom Force demonstrating intimidating language and images. He stated that they were guilty of criminal activity and asked the City Council to take a stand against the organization.

Lyndsy Gholson stated that the San Antonio Police Department was overly aggressive to counter-protesters in Travis Park and asked the City Council to address SAPD's behavior.

Pharaoh Clark stated that the Confederate Monument was associated with slavery, racism, and hatred and asked the City Council to relocate it to a museum for historical context.

Antonio Diaz spoke in favor of removing the Confederate Monument from Travis Park as well as the Christopher Columbus Statue.

Kamala Platt spoke in favor of a climate action plan and read a poem regarding climate justice.

Nazirite Ruben Flores Perez asked the City Council to increase wages for lower level city employees.

Jessica Gonzales asked the City Council to remove the statue in Travis Park noting the historical context of the statue and its representation of slavery and oppression.

Joseph Burrow identified himself as a member of the Sons of Confederate Veterans and asked the City Council to allow the Confederate Monument to remain in Travis Park.

Luke Amphlett spoke in favor of the removal of the Confederate Monument in Travis Park and stated that it was a representation of white supremacy.

Jack M. Finger stated that the Confederate Monument honored Confederate veterans and did not honor slavery.

Rhett Smith spoke in opposition to honoring historical figures that represent unjust ideals. He asked the City Council to appoint a group to examine history and make proposals to commemorate different aspects of San Antonio History.

**RECESSED**

There being no further discussion, Mayor Nirenberg recessed the meeting at 8:02 pm.

APPROVED

*[signature]*

RON NIRENBERG
MAYOR

ATTEST: *[signature]*

LETICIA M. VACEK, TRMC/CMC/MMC
CITY CLERK

# Exhibit A

## Attachment 3

# City of San Antonio



### FINAL
### Meeting Minutes
### City Council B Session

City Hall Complex
105 Main Plaza
San Antonio, Texas 78205

**Wednesday, August 30, 2017**         **2:00 PM**         **Municipal Plaza Building**

The City Council of San Antonio convened in the "B" Room of the Municipal Plaza Building. City Clerk Leticia Vacek took the Roll Call noting the following Councilmembers present:

**PRESENT:**   11 - Nirenberg, Treviño, Shaw, Viagran, Saldaña, Gonzales, Brockhouse, Sandoval, Pelaez, Courage, and Perry

1.  Staff presentation on the FY 2018 Proposed Budget focusing on, but not limited to, the following City Departments: [Sheryl Sculley, City Manager; Justina Tate, Director, Management and Budget]

   A. Convention and Sports Facilities

Michael Sawaya presented an overview of the Convention & Sports Facilities (CSF) Department noting that the Hotel Occupancy Tax (HOT) Fund revenues support expenditures from San Antonio's Tourism, Convention, and Arts & Culture Programs. He outlined the HOT distribution and reported that CSF oversees the operation and maintenance of the Henry B. Gonzalez Convention Center, Alamodome, and Carver Community Cultural Center. He noted that CSF also manages leases for Nelson Wolff Stadium, Grand Hyatt Hotel, and Toyota Field. He stated that the FY 2018 Community and Visitor Facility Fund Budget totaled $49.22 million. He highlighted enhancements to include 5 Security Guard Positions at the Convention Center as well as Parking and Facility Fee increases at the Alamodome.

   B. Visit San Antonio

Casandra Matej presented an overview of Visit San Antonio and stated that the operational transition would be complete on September 30, 2017. She outlined the Board of Directors and played a video highlighting FY 2017 Accomplishments. She provided key performance metrics and FY 2018 organizational and budget priorities. She spoke of their work to enhance brand awareness and the Visit San Antonio Virtual Reality Campaign. She stated that they would enhance revenue through short and long-term goals and that their proposed budget for FY 2018 totaled $25.5 million.

### C. Arts and Culture

Debbie Racca-Sittre stated that the mission of the Arts & Culture Department was to enrich quality of life by leading and investing in San Antonio Arts and Culture. She highlighted the proposed budget of $11.2 million and provided an overview of the Arts Agency Funding Process. She reported that city programming engages and connects residents and visitors with local artists through department-curated events and exhibits. She mentioned various public art projects scheduled for completion in FY 2018 to include the World Heritage Mural Trail and the Lackland Gateway. She spoke of the Strategic Plan to become a top film-friendly city and grow the local film industry. She added that the new Cultural Plan would focus on Cultural Equity and Policy with Delegate Agencies and Public Art.

**RECESSED**
Councilmember Viagran recessed the meeting at 3:02 pm for the City Councilmembers to attend a press conference on Hurricane Harvey Relief Efforts.

**RECONVENED**
Councilmember Viagran reconvened the meeting at 3:41 pm and addressed the Tricentennial Budget Presentation.

### D. Tricentennial

Edward Benavides presented an overview of the San Antonio Tricentennial Office and highlighted the economic impact of Tricentennial Activity totaling $120 million. He outlined the four major initiatives: 1) History & Education; 2) Arts & Culture; 3) Community Service; and 4) Commemorative Week. He reported that the FY 2018 Budget totaled $1.94 million and noted that their fundraising goal was $10.3 million.

Councilmember Saldaña requested that recycling bins be added at Wolff Stadium. Councilmember Viagran asked of the concessions at the Convention Center. Mr. Sawaya spoke of the addition of concessions in public areas and highlighted the increased revenue due to same. Councilmember Viagran stated that she was honored to serve on the Visit San Antonio Board of Directors and spoke of the Living Heritage Symposium that would be held in San Antonio the following week with the World Heritage Festival. She asked of the San Antonio Symphony. Mrs. Sculley stated that funding was included in the budget and the Tobin would provide administrative oversight.

Councilmember Courage asked of the cost of the Art Gateway Project at Lackland. Mrs. Racca-Sittre replied that it would cost $750,000. Councilmember Courage expressed support and requested a potential art feature highlighting Military City USA at the Airport. Councilmember Perry stated that he concurred with Councilmember Courage regarding highlighting San Antonio as Military City USA. He requested a map showing where public art is placed throughout the city.

Councilmember Sandoval asked if the concessions were contracted out and the wages paid to employees. Mr. Sawaya replied that concessions were contracted and would follow up with the City Council regarding the wages paid to their employees. Councilmember Sandoval asked of Tourism Districts. Mrs. Matej replied that they were working with stakeholders and performing research to better understand the mechanism and fees for same. Councilmember Brockhouse concurred with Councilmember Courage regarding the need to highlight San Antonio as Military City USA and asked of the funding for Arts Delegate Agencies. Mrs. Sculley confirmed that it was $6 million.

Councilmember Saldaña stated that he would like to add art projects in District 4. Mrs. Racca-Sittre stated that there would be a community process regarding public art. Councilmember Treviño stated that he was pleased with the newly created Arts and Culture Council Committee and highlighted various art projects in the city.

Councilmember Gonzales expressed her support for public art and spoke of the need to promote the local scene to visitors. Councilmember Pelaez highlighted Comicon and Soccer Games held at the Alamodome and expressed support for Art Projects created by Veterans. He requested that Mexico and Spain be incorporated into the Tricentennial Celebration.

Councilmember Perry asked how San Antonio's HOT compares to other cities. Mrs. Matej replied that Houston had the highest percentage at 17% while San Antonio was at 16.75%. Councilmember Perry requested that they review the process for art funding to ensure that efforts are being focused in the right direction. Councilmember Shaw asked if the city had considered having a memorial showcasing the military representation in San Antonio. Mrs. Racca-Sittre replied that there had been many discussions on same and would keep that in mind when designing art projects in the future. Councilmember Shaw asked of the utilization of small, minority, and women-owned businesses in terms of marketing. Mrs. Matej replied that they were working with their Task Force on a membership for getting businesses listed on their website.

Councilmember Sandoval spoke in support of integrating art within an actual project and commemorating the Tricentennial through commissioned art throughout the city. Mayor Nirenberg thanked staff for the presentation.

## EXECUTIVE SESSION

Mayor Nirenberg recessed the meeting into Executive Session at 5:14 pm to discuss the following:

| | |
|---|---|
| A. | Economic development negotiations pursuant to Texas Government Code Section 551.087 (economic development). |
| B. | The purchase, exchange, lease or value of real property pursuant to Texas Government Code Section 551.072 (real property). |
| C. | Legal issues relating to contemplated litigation including matters involving capital improvements pursuant to Texas Government Code Section 551.071 (consultation with attorney). |

## RECONVENED

Mayor Nirenberg reconvened the meeting at 6:15 pm and announced that no action was taken in Executive Session. He addressed Item 2.

## PUBLIC HEARING

City Clerk Vacek read the caption for Item 2:

| | |
|---|---|
| 2. | Public Hearings on the City's 2017 Proposed Ad Valorem Tax Rate for the FY 2018 Proposed Budget and the FY 2018 Proposed Budget. [Sheryl Sculley, City Manager; Justina Tate, Director, Management & Budget] |

Mayor Nirenberg opened the first Combined FY 2018 Budget & 2017 Tax Rate Public Hearing and called upon the citizens registered to speak.

Terry Burns of the Alamo Sierra Club spoke in support of the FY 2018 Proposed Budget and the use of an equity lens for distribution of funds. He expressed support for a Climate Action Plan.

Mark Perez expressed concern with funds not being properly collected for permitting fees.

Marcie Ince stated she was speaking on behalf of the San Antonio Public Library Board of Trustees in support of the Proposed Budget for the Library System.

Fidel Castillo (Two Bears) expressed concern that funds were not being utilized to protect Indigenous Peoples' Rights. He spoke in support of ending projects that threaten Indigenous Sites.

Shane Jones spoke in protest of raising property tax rates and asked the City Council to offer property tax relief.

Mayor Nirenberg announced that the Second Combined Budget & Tax Rate Public Hearing would be held on Wednesday, September 6, 2017 beginning at 6:00 pm in the City Council Chamber, 105 Main Plaza. He stated that the City Council would vote on the City of San Antonio Property Tax Rate for Tax Year 2017 at its meeting on Thursday, September 14, 2017, which will begin at 9:00 am and will be held in the City Council Chamber, 105 Main Plaza. Having heard all comments from those citizens wishing to be heard, Mayor Nirenberg closed the first Combined FY 2018 Budget & 2017 Tax Rate Public Hearing.

### CITIZENS TO BE HEARD
Mayor Nirenberg called upon the citizens registered to speak under Citizens to be Heard.

Paul Gescheidle spoke in opposition to the removal of the Confederate Statue in Travis Park and discussed the history of Travis Park.

Dr. Amy Jo Baker spoke in opposition to the removal of the Confederate Statue and asked the City Council to allow a public vote regarding same.

Hunter Coleman read a prepared speech from Lamar Henry of This Is Texas Freedom Force expressing opposition to the removal of the Confederate Statue.

Kerrie Hillyer read remarks of H.V. Trawick in opposition to the removal of Confederate Monuments across the country and outlining the history of slavery.

Tracy Talavera asked the City Council to remove the Confederate Statue due to its representation of racism and slavery.

Joshua Huff asked the City Council to allow a public vote regarding the removal of the Confederate Statue and spoke in support of allowing the statue to remain in Travis Park for educational purposes.

Pharaoh Clark spoke in support of removing the statue in Travis Park and spoke of the diversity of San Antonio.