TRAVIS COUNTY                         §
                                      §
                                      §
STATE OF TEXAS                        §

### AFFIDAVIT OF JOE GINN

Before me, the undersigned notary, on this day did personally appear JOE GINN, affiant, a person whose identity is known to me.   After I administered an oath, affiant testified as follows:

"My name is Joe Ginn.  I am competent to make this verification.  The facts stated within it are within my personal knowledge and are true and correct.

*and documents*

The photos attached to this affidavit are part of the affidavit.

The photos document activities of the Sons of Confederate Veterans."

_____
Joe Ginn

SWORN TO and SUBSCRIBED before me by Joe Ginn on August 11, 2018.

GREGORY WESSELS
NOTARY ID # 1277084-5
NOTARY PUBLIC, STATE OF TEXAS
My Commission Expires
February 05, 2020

_____
Notary Public in and for
The State of Texas

13





McMAHON AFFIDAVIT page 2

Working with a state director of the Texas Historical commission I have been called upon as a an SCV member and private citizen to assist in repairing & restoring vandalized Texas Historical markers in my community and was trained by THC in historical marker cleaning & restoring (see photos in Exhibit "A")

Further the TXSCV has a cooperative effort with the Texas Historical Commission bat Ft Lancaster with an exhibit regarding the grave of a Confederate private that is buried in the Post cemetery when the facility was under Southern control during the War for Southern Independence (see photo in Exchibit "B").

TXSCV members have volunteered literally thousands of hours in cleaning and maintaining to include

I have volunteered hundreds of hours personally as a tribute to the sacrifice and contribution of our Confederate ancestors. Their valor and sacrifices should never be forgotten.

The information in this affidavit is true, based on my personal knowledge, information and belief. Where based on information & belief, I believe it to be true.

FURTHER AFFIANT SAYETH NAUGHT

DAVID PAUL McMAHON
AFFIANT

SWORN TO & SUBSCIBED before me by DAVID PAUL McMAHON on this _____ 10th _____ day of AUGUST 2018

Notary Public in and for the State of Texas
My commission expires:

Respectfully submitted this _____ 10th th day of August 2018.

/s/ KIRK DAVID LYONS                     /s/ David D. Vandenberg
Texas Bar No. 12743500                   Texas Bar No. 24107948
P.O. Box 1235                            3603 D Las Colinas Drive
Black Mountain, N.C. 28711               Austin, Texas 78731
E-mail: kdl@slrc-csa.org                 davidvandenberg@hotmail.com
Tel. (828) 669-5189  Fx:575-5290          Tel. (512) 373-8694

7



# RED RIVER CAMPAIGN

**One Dollar**

**CENTENNIAL COMMEMORATION**

Center, Texas - Mansfield, Louisiana

April 4, 1964



K.W. Meister

**Battle of Mansfield**

14



JOHN CONNALLY
GOVERNOR OF TEXAS

March 19, 1964

The Civil War Centennial has been approached by the Texas State Historical Survey Committee, its Civil War Advisory Committee and county affiliates as a time to set the record straight. Rather than have books go on forever repeating that nothing happened in the state during the war or that this period is unimportant to our history, our job has been to bring about a better understanding of the tremendous role that Texas played: successful guarding of 2,000 miles of Indian frontier and seacoast; keeping open trade routes to Mexico; being the last place in the South where the Federal blockade could be run; to bring in goods from international commerce; serving as the breadbasket and the meat supplier for many troops and several states; furnishing and equipping thousands of soldiers and horses for fighting in other states while keeping up her own defenses without aid from other states,

Especially remarkable was the military and civilian role of leaders from Texas, numerous generals and members of the Confederate executive leadership having come from here. Even a short glance at the record will show that Texas contributed her share of men and women of moral fiber and high morale.

Texas is recognizing these contributions through a program of research, recordation, education and recognition. Confederate Memorial Information markers are being placed in accessible locations to interpret and commemorate the role of prominent Texas Confederates, battles, frontier outposts, coastal fortifications, manufacturing plants and military and supply centers.

Each County Historical Survey Committee in the state is sponsoring at least one Centennial program or observance. Graves of Civil War veterans--Union and Confederate--are being surveyed, recorded and marked. Museums and libraries are featuring exhibits and collections. Diaries and letter collections, journals, memoirs and muster-rolls are making their appearance from dusty attics and are being placed in local and state archives available to the public.

Texas is remembering with a program of dignity and humility.

John Connally

---

This souvenir Historical Program for the Centennial Commemoration of the Red River Campaign is a publication of the Texas Historical Foundation, affiliate of the Texas State Historical Survey Committee.

John Ben Shepherd, *Odessa*, President
Jenkins Garrett, *Fort Worth*, 1st Vice President
Mrs. L. E. Dudley, *Abilene*, 2nd Vice President
Mrs. John M. Bennett, *San Antonio*, Secretary-Treasurer
W. R. Beaumier, *Lufkin*
Roy H. Cullen, *Houston*
Will Davis, *Austin*
Vann M. Kennedy, *Corpus Christi*
Mrs. Dan Lester, *Jefferson*
Mrs. Mary Moody Northen, *Galveston*
I. C. Parma, *Granger*
Sam Privitt, *Childress*
Mrs. Edward Randall, Jr., *Galveston*
Dr. Rupert N. Richardson, *Abilene*
Col. Charles R. Tips, *Dallas*
Charles R. Woodburn, *Amarillo*
E. R. Wright, *Huntsville*
George W. Hill, Executive Director

*Commemoration Executive Committee*
Frank LaRue, Jr., *Athens*, General Chairman
Dr. A. C. Broders, *Temple*
O. H. Clark, *Marshall*
Judge Lester N. Fitzhugh, *Dallas*
Robert Glover, *Tyler*
Robert Hayes, *Tyler*
Lee Lawrence, *Tyler*
Harold McDonald, *Center*
Llewellyn Nolley, *Fairfield*
Pete Ross, *Center*
Howard Rosser, *Longview*
Seth Walton, *Marshall*
Miss Mildred Webb, *Austin*
Mrs. Ralph Widener, *Houston*

15



# TEXAS - LOUISIANA COMMEMORATION

### . . . Mansfield, Louisiana

**12:00 noon**

**Parade**
Lunch in Mansfield and on the grounds at the Battlefield

**2:00 p.m.**

**Program at Battlefield**
Master of Ceremonies — Mayor Arthur L. Greene, Mansfield
Civil War Songs — North Caddo High School Band, Vivian, Louisiana
Texas-Louisiana Rebel Yell Contest
Drill Squad Performance — New Orleans Sons of Confederate Veterans

**2:30 p.m.**

**The Commemoration**
Invocation — Reverend Charles A. Taylor, Pastor Hewitt Memorial Presbyterian Church, Mansfield, Louisiana
"Star-Spangled Banner"
"Dixie" — Mansfield High School Band, Mansfield, Louisiana
Presentation of Colors — Albert Sidney Johnston Camp, Sons of Confederate Veterans, Houston, Texas
Valverde Cannon Presentation — Mr. P. D. Browne, Baylor University, Waco, Texas
Introductions
Award to Kate Beard Chapter of the United Daughters of the Confederacy — Governor Jimmy Davis of Louisiana
Presentation of Historic Markers — Louisiana Civil War Centennial Commission
Address — Dr. Jay Taylor, President of Louisiana Polytechnic Institute
**Dedication of Texas Confederate Memorial Information Marker**
"We Remember" — Lt. Governor Preston Smith of Texas
Unveiling of Texas Monument — Mrs. Ralph Widener, Houston, President of Texas Division, United Daughters of the Confederacy
— Dr. A. C. Broders, Jr., Temple, Commander of Texas Division, Sons of Confederate Veterans
"Yellow Rose of Texas" — Fairfield High School Band, Fairfield, Texas
Gun Salute — Rebel Guard, Robert E. Lee High School, Tyler, Texas
Taps — Fairfield High School Bugler, Fairfield, Texas

3

# TEXAS MUSTER

### . . . Center, Texas

**7:30 - 9:30 a.m.**

**Registration** — County Courthouse
Confederate Cakes and Salt Pork

**9:30 - 10:30 a.m.**

**Program** — County Courthouse Lawn
Master of Ceremonies — Honorable Byron Tunnell, Speaker of Texas House of Representatives
Welcome — Honorable Wardlow Lane of Center
Invocation — Dr. J. Carroll Chadwick, Pastor, 1st Baptist Church, Center
Official Call to Muster — Frank LaRue, Jr., Athens, General Chairman Texas Muster

Flag Raising —
Gun Salute — Rebel Guard, Robert E. Lee High School, Tyler, Texas
Texas Confederate Music — Fairfield High School Band, Fairfield, Texas, Official Texas Band
Rebel Yell Contest — Honorable Erle Cabell, Dallas
Roll Call by Units — Honorable O. H. Clark, Chairman Descendants' Committee
Announcement of Descendants' Awards — Honorable Jack Strong, State Senator
Presentation of Awards of Merit — F. Lee Lawrence, Tyler, Member Texas Civil War Centennial Advisory Committee
"Texas-Saved by Courage" — Honorable Dorsey B. Hardeman, State Senator

**11:00 a.m.**

**Leave Center in Police-Escorted Caravan for Mansfield**

**State Archives Exhibit —**

**Descendants' Memento Exhibits —**
West Side of Courthouse Square

2

16



17



ALBERT SIDNEY JOHNSTON Camp No. 67, S.C.V., HOUSTON, TEXAS, 1961

"DAVIS GUARDS"

CENTENNIAL - BATTLE OF MANSFIELD, LA. APRIL 4, 1964

LEFT TO RIGHT: Camp CDR JOE GINN, FATHER ANTON FRANK, FRANK TRITICO,
DR. NEIL TEBO, RONALD WARDEN, JIM COSGROVE,
LARRY HAYS, BILL NETTLES.

Battle of Galveston Centennial

L. to R.

Ronald Warden, Dr. Heyl Tebo, William Nettles,

Joseph Guin



19

# TEXAS HISTORICAL COMMISSION

RICK PERRY, GOVERNOR

JOHN L. NAU, III, CHAIRMAN

F. LAWERENCE OAKS, EXECUTIVE DIRECTOR

*The State Agency for Historic Preservation*

July 31, 2008

Joseph G. Ginn
P.O. Box 1450
2224 N. Highway 281, Ste. A
Blanco, Texas 78606

Dear Mr. Ginn:

I hope this letter finds you well. Thank you again for the opportunity to travel to your home and conduct a digital oral history interview with you on July 15, 2008. I truly enjoyed our visit and I wanted to thank you for your time and energy to meet with me.

Please find enclosed the following: a copy of the digital voice recording made during the interview, copies of the Texas Historical Commission's official Texas historical markers in Galveston related to Civil War topics, a press release about and a copy of the inscription for the next Texas Civil War Monument dedication—Rowletts Station, Kentucky to Terry's Texas Rangers (set for December 17, 2008) and a copy of the 1998 Texas Civil War Monument dedication ceremony program in Galveston and pictures I took of the monument on June 7, 2008.

Thank you for your continued efforts to preserve the historical record of our shared Texas heritage. I look forward to updating you in the future on the plans for a Texas Sesquicentennial of the Civil War Initiative.

Sincerely,

William McWhorter

William McWhorter
Military Sites Coordinator
Texas Historical Commission
512/463-5833



## TEXAS HISTORICAL COMMISSION

### THE INTERVIEW AGREEMENT

The purpose of the this oral history interview (July 15, 2008) is to offer the Texas Historical Commission information regarding our agency's predecessor the Texas State Historical Survey Committee's efforts toward the creation of the **Texas Civil War Centennial Commission**. Digital recordings and transcripts resulting from this interview will be retained by the Texas Historical Commission, and copies of the digital recordings and transcripts will be made available by request to members of the public. This material will be available for historical and instructional research by any interested parties, including members of the interviewee's family.

We, the undersigned, have read the above and voluntarily offer the Texas Historical Commission full use of the information contained on digital recordings and in transcripts of this oral history interview. In view of the historical value of this research material, we hereby assign rights, title and interest pertaining to this one recording (July 15, 2008) to the Texas Historical Commission.

Interviewee (signature)

JOSEPH G. GINN
Name of interviewee (print)

7/15/08
Date

Interviewer (signature)

William Marshor
Name of interviewer (print)

7-15-08
Date

Sp4 CRegs MTN. DR



21

BRAZOS COUNTY                          §
                                       §
                                       §
STATE OF TEXAS                         §

<u>AFFIDAVIT OF DR. WILLIAM BOYD</u>

Before me, the undersigned notary, on this day did personally appear DR. WILLIAM BOYD, affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Dr. William Boyd. I am competent to make this verification. The facts stated within it are within my personal knowledge and are true and correct.

I am the Chief of Staff of the Texas Division, Sons of Confederate Veterans, Inc.

The photos and documents attached to this affidavit are part of the affidavit. Their content is true and correct to the best of my knowledge.

The content on the Texas Division, Sons of Confederate Veterans, Inc., website, http://www.scvtexas.org, is true and accurate to the best of knowledge."

_____
Dr. William Boyd

SWORN TO and SUBSCRIBED before me by Dr. William Boyd on August 13, 2018.

ABHAY GARG
Notary Public
STATE OF TEXAS
My Comm. Exp. Feb. 12, 2019

_____
Notary Public in and for
The State of Texas

22





Clark, W. R.

Co. D, 46 Georgia Infantry.
(Confederate.)

Private    Private

Enlisted:
When *Mch 4* , 186*2* .
Where *Cusseta Ga*
By whom *E. Y. Raiford*
Period *3 yrs or during the war*

### Prisoners of War

received at Military Prison, Alton, Illinois.

When received *Jan 17* , 186*5* .
Where captured *Egypt Station Miss*
When captured *Dec 28* , 186*4* .
When discharged *Feby 21* , 186*5* .
By whom discharged
Remarks: *Transferred to Point*
*Lookout for exchange.*

### Muster Roll

of Officers and Men paroled in accordance with the terms of a Military Convention entered into on the 26th day of April, 1865, between General Joseph E. Johnston, Commanding Confederate Army, and Major General W. T. Sherman, Commanding United States Army in North Carolina.

Roll dated near High Point, N. C., April 28, 1865.
Paroled at Greensboro, N. C., May 1, 1865.

WILLIAM R. CLARK
1840 — 1925





26





28