BRAZOS COUNTY         §
                      §
STATE OF TEXAS        §

### AFFIDAVIT OF DR. WILLIAM BOYD

Before me, the undersigned notary, on this day did personally appear DR. WILLIAM BOYD, affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Dr. William Boyd. I am competent to make this verification. The facts stated within it are within my personal knowledge and are true and correct.

I am the Chief of Staff of the Texas Division, Sons of Confederate Veterans, Inc.

The photos and documents attached to this affidavit are part of the affidavit. Their content is true and correct to the best of my knowledge.

The content on the Texas Division, Sons of Confederate Veterans, Inc., website, http://www.scvtexas.org, is true and accurate to the best of knowledge."

_____
Dr. William Boyd

SWORN TO and SUBSCRIBED before me by Dr. William Boyd on August 13, 2018.

ABHAY GARG
Notary Public
STATE OF TEXAS
My Comm. Exp. Feb. 12, 2019

_____
Notary Public in and for
The State of Texas

29

—1—

# CONSTITUTION AND BY-LAWS
## OF THE
# United Confederate Veterans

PREPARED BY THE

Committee on Constitution and By-Laws

APPOINTED AT THE

### Third Annual Meeting of the Organization

HELD IN

New Orleans, April, 1892.

Sessions of Committee held in New Orleans, February 13th, 14th and 15th, 1892, and adopted at Houston, Texas, May 23d, 1895; together with various amendments made up to Oct. 12th, 1921.

K. M. VAN ZANDT,
**General Commanding.**

ANDREW B. BOOTH,
**Adjutant General and Chief of Staff**

### PREAMBLE.

Believing that a general Federation of all constituted organizations of Confederate Veterans will assist in the accomplishment of the cherished purposes that each body is singly laboring to carry out, and to more firmly establish the ties which already exist between them:

We, the representatives of the following Camps, in general convention assembled at Houston, Texas, on this twenty-third day of May, of the year of our Lord eighteen hundred and ninety-five, do adopt, ordain and establish the following Constitution and By-Laws, revoking and abrogating all previous Constitutions and rules of action.

### ARTICLE I.
#### TITLE.

This Federation of Confederate Veterans' Association shall be known as the "United Confederate Veterans."

### ARTICLE II.
#### OBJECTS.

The objects and purposes of this organzation shall be strictly "Social, Literary, Historical and Benevolent." It will strive:

1. To unite in one general Federation all associations of Confederate Veterans, soldiers and sailors, now in existence or hereafter to be formed.

2. To cultivate the ties of friendship that should exist among those who have shared common dangers, sufferings and privations.

3. To encourage the writing, by participators therein, of accounts, narratives, memoirs, histories of battles, episodes and occurrences of the war between the States.

4. To gather authentic data, statistics, documents, reports, plans, maps and other material for an impartial history of the Confederate side; to collect and preserve relics and mementoes of the war; to make and perpetuate a record of the services of every member, and as far as possible of those of our comrades who have preceded us into eternity.

5. To see that the disabled are cared for; that a helping hand is extended to the needy, and that the Confederate widows and orphans are protected and assisted.

6. To urge and aid the erection of enduring monuments to our great leaders and heroic soldiers, sailors and people; and to mark with suitable headstones the graves of Confederate dead wherever found.

7. To instill into our descendants a proper veneration for the spirit and glory of their fathers, and to bring them into association with our organization, that they may aid us in accomplishing our objects and purposes, and finally succeed us, and take up our work where we may leave it.

### ARTICLE III.

MEMBERSHIP—REQUISITES—LIMITATIONS.

SECTION 1. Membership in this Federation shall be by camps.

SEC. 2. The various associations joining shall be registered in numerical order, according to the date of their formation or incorporation into the United Confederate Veterans, as Camp No. ——, in the State or Territory of ——.

SEC. 3. All camps now in the Federation shall retain the numbers originally given them.

SEC. 4. They will be permitted to retain their local and State organizations, and beyond the requirements of this Constitution and By-Laws, they shall have full enjoyment of the right to govern themselves; and their connection with this Federation shall in no wise be construed as affecting their loyalty to their State organizations outside of this Federation.

30

Sec. 5. Every camp will be required to exact of each applicant for membership in its ranks *satisfactory proof of honorable service in the army or navy of the Confederate States*, AND HONORABLE DISCHARGE OR RELEASE THEREFROM.

Sec. 6. The present membership in camps already in the organization shall not be disturbed, and no new applications from such members will be required.

## ARTICLE IV.
### ORGANIZATION.

Section 1. The camps shall be organized by departments, divisions and brigades.

Sec. 2. The Federation shall have as its executive head a general. There shall be three departments to be called: Army of Northern Virginia Department, Army of Tennessee Department, Trans-Mississippi Department.

Sec. 3. The Army of Northern Virginia Department shall include and be formed of the States of Virginia, Maryland, North and South Carolina, and all the camps and divisions not enumerated as belonging to the Army of Tennessee or Trans-Mississippi Departments.

Sec. 4. The Army of Tennessee Department shall include and be formed of the States of Georgia, Alabama, Tennessee, Kentucky, Mississippi, Louisiana and Florida.

Sec. 5. The Trans-Mississippi Department shall include and be formed of the States and Territories west of the Mississippi, excepting Louisiana.

Sec. 6. Each and every State and Territory having within its boundaries ten (10) or more camps, regularly organized and accepted, shall constitute a division, and no State or Territory shall have more than one division within its boundaries.

Sec. 7. Camps in States or Territories where there are less than ten (10) camps shall report directly to the department commander, upon whose recommendation such camps in contiguous States or Territories may be formed into a division by the Commander-in-Chief, until such States or Territories attain the required number of camps to entitle them to become separate divisions.

Sec. 8. Divisions, upon recommendation of Department commanders, may be sub-divided into brigades by the Commander-in-Chief; provided each brigade shall have at least five (5) camps, and that a majority of the camps of the division shall demand the sub-division.

## ARTICLE V.
### REPRESENTATION.
*Delegates, Limitations, Proxies.*

Section 1. The representation of the various camps at the annual meetings, general department, division and brigade, shall be by delegates as follows: One delegate for every twenty active members in good standing in the camp and one additional one for a fraction of ten (10) members, provided every camp in good standing shall be entitled to at least two delegates; provided, State divisions may fix its internal representation.

Sec. 2. Provided also that camps may be formed with fewer than twenty members, but not less than ten (10) members in remote or sparsely settled localities, or in places outside of the former Confederate States territory, and admitted in the Federation by order of the Commander-in-Chief upon proper application and recommendation of subordinate officers, and after compliance with all other requisites of membership, and after such other investigation into the circumstances of this reduced membership, as the General may see fit to institute through the Inspector General; but no more camps will be allowed in the same locality until the one thus admitted has attained the full number of twenty members.

Sec. 3. In enumerating active members of camps for representation, none shall be counted who are already thus enumerated in another camp of this Federation.

Sec. 4. The General, Lieutenant-Generals, Major-Generals, Brigadier-Generals and their Adjutants General shall be ex-officio members of the annual meetings and conventions.

Sec. 5. Camps will not be allowed representation unless their per capita shall have been paid the Adjutant General on or before the first day of April next preceding the annual meeting.

## ARTICLE VI.
### OFFICERS.
*Election—Term of Office—Succession.*

Section 1. The officers of this Federation shall be:
One General Commander-in-Chief, its executive head.
Three Lieutenant-Generals, who shall command and be executive heads of the departments in which they reside.

Sec. 2. The General and Lieutenant Generals shall be elected by the delegates at the annual meeting or re-union of the United Confederate Veterans.

SEC. 3. There shall be as many Major-Generals as there may be divisions, but there shall be but one in each State or Territory.

SEC. 4. There shall be as many Brigadier-Generals as there may be brigades.

SEC. 5. The Major-Generals and Brigadier-Generals shall be elected by the delegates from the camps within their respective commands at a convention held at such time and place and under the supervision of such officer as the Department Commander within which the State or Territory is located may direct; provided, however, that when a division or brigade has been once organized its elections shall be held in such manner, at such time and place as has been determined at its last annual convention by its delegates.

SEC. 6. General, department, division and brigadier officers shall be elected by ballot, and the several Lieutenant-Generals shall be balloted for by the Veterans of their respective commands only. They shall be installed in office at the time of their election, or at the option of the meeting or convention.

SEC. 7. All officers shall be elected or appointed for one year, or until their successors are installed.

SEC. 8. Vacancies occurring among officers shall be filled until the next annual meeting by appointment of the General Commanding, on recommendation of the department.

STAFF OFFICER.

SEC. 9. Staff officers shall be appointed by the different Generals to serve during such General's term of office or pleasure. No staff officer shall be at the same time a staff officer and officer of a brigade or division, or hold two staff offices.

SEC. 10. The staff of the Commander-in-Chief shall be as follows: One Adjutant General chief of staff, with rank of major general; one Inspector General, with rank of brigadier general; one Quartermaster General, with rank of brigadier general; one Commissary General, with rank of brigadier general; one Judge Advocate General, with rank of brigadier general; one Surgeon General, with rank of brigadier general; and the Commander-in-Chief shall name and appoint, with the rank of brigadier general, such assistant adjutant generals as may in his judgment be proper, either for aid in the work of the association or for honor to those who have been efficient in promoting the objects for which it was created; one Chaplain General, and such assistants and aids, with the rank of colonel, as in his judgment may be necessary.

DEPARTMENT STAFF.

SEC. 11. Department Commanders shall be allowed the same regular staff as the General, and such assistants and aids as they may deem necessary, but one grade lower in rank.

DIVISION STAFF.

SEC. 12. Division Commanders shall be allowed the same regular staff as the Department Commander, but one grade lower in rank, and such aids, with the rank of major, as may be found necessary.

BRIGADE STAFF.

SEC. 13. Brigade Commanders shall be allowed the same regular staff as the Division Commanders, with the rank of major, and such aids as may be found necessary to facilitate the organization of camps in his district, with the rank of captain.

CAMP OFFICERS.

SEC. 14. Camps may, at their option, adopt the following nomenclature for their officers, viz.: Commander, First, Second, Third (or more) Lieutenant Commanders; Adjutant, Quartermaster, Surgeon, Chaplain, officer of the Day, Treasurer, Sergeant-Major, Vidette, a Color Sergeant and two Color Guards, and define their duties.

The Commander, in official intercourse with headquarters, shall be addressed as Captain.

SEC. 15. No one can be elected or appointed an officer of this Federation, or of its subordinate departments, divisions and brigades or their staffs, unless he be a member of one of its camps.

ARTICLE VII.

SEAL AND BADGES—MEMORIAL DAY—HEADQUARTERS.

SECTION 1. This Federation shall have power and authority to make, have and use a common seal and badge, with such device and inscription as it may adopt, and the same to alter, break and amend at pleasure; but, until otherwise provided for, the seal of this Federation shall be a device similar to that in use by this Association, which device is a medal of ——— inch in diameter, reproducing the great seal of the Confederate States of America, bearing "United Confederate Veterans, 1861, 1865, 1889," inscribed between the wreath and margin.

SEC. 2. The seal of this Federation shall be in the keeping of the Adjutant General chief of staff.

BADGE.

SECTION 1. The badge of this Fed-

—4—

-eration shall be a device similar to the one now in use by the camps of this Association, which device is the representation in enamel of the Confederate battle-flag, on a plain metal surface of ———— of an inch square, and can be mounted as a pin or button, to be worn on the left lapel of the coat.

Sec. 2. Recognized Associations of Sons or Daughters of Veterans affiliating with this Federation shall be allowed to wear the same badge as the United Confederate Veterans, with the letters S. C. V. or D. C. V., as the case may be, inserted in the upper triangles of the cross, from left to right, and with the number of their organization in the lower triangle.

### MEMORIAL DAY.

This Federation shall regularly observe the celebration of Memorial Day. Each camp, brigade and division shall have full authority to designate its own.

### GENERAL HEADQUARTERS.

Section 1. The general headquarters of this Federation is permanently fixed at New Orleans.

Sec. 2. The Battle Abbey of the State Museum, in that city, shall be the depository of all records, papers, and relics of this Federation.

## ARTICLE VIII.
### SPECIAL POWERS.

Section 1. This Federation shall have power to make and adopt such articles of organization, rules, regulations and by-laws as its members may deem proper, and to alter, amend and repeal the same, as they may see fit; provided, that such articles, rules, regulations or by-laws, shall not be repugnant to this Constitution or the laws of the United States.

Sec. 2. It shall have power to issue commissions to all its officers, general, department, division, brigade, camp and staff; certificates of membership to camps joining this organization and to the individual members thereof; to fix and charge fees for such commissions and certificates and for other documents; to levy an annual *per capita* tax upon its members, to regulate the collection of such income for the general treasury, its custody and disbursement.

Sec. 3. It shall have power to give recognition and affiliation, and regulate and revoke same, to organizations of sons, of mothers, wives and daughters of Confederate Veterans, to constitute them auxiliaries, and to select from them its successors and heirs, they to have representations in all conventions and meetings of the Association, the ratio of their representation to be fixed by the conventions of the Federation. It shall further possess all powers and privileges granted by law to associations of this character.

## ARTICLE IX.
### PROHIBITIONS.

Section 1. No discussion of political or religious subjects, nor any political action, or endorsing of aspirants for political office, shall be permitted within the Federation of the United Confederate Veterans.

Sec. 2. No debts shall be contracted by this Federation.

Sec. 3. No assessments shall be levied upon its members other than the fees and *per capita*, which shall never exceed an adequate amount to meet the indispensable expenses of its management.

Sec. 4. The use of the seal, badges or name of this Federation, for business or advertising purposes, and the giving of its badge to persons unauthorized to wear it, are emphatically prohibited.

## ARTICLE X.
### PENALTIES—SUSPENSION.

Section 1. No camp shall be permitted representation in any meeting of this Federation until said camp shall have paid the annual *per capita* tax and all other amounts due the Federation by said camp.

Sec. 2. Suspension of a camp shall not affect the membership in the United Confederate Veterans or comrades of such camps, nor impair their tenure of office or eligibility as officers therein during such suspension. Prolonged suspension of a camp may be declared at an annual meeting an act detrimental to the objects and purposes of the Federation, and shall lead to forfeiture of membership.

Sec. 3. Reinstatement from suspension will take effect immediately upon receipt by the Adjutant General of evidence of the removal by the suspended camp of its cause of suspension.

### FORFEITURE OF MEMBERSHIP.

Section 1. Forfeiture of membership shall be declared against any camp allowing political or religious discussions or taking any such action.

Sec. 2. Forfeiture of membership may also be declared against any camp committing any act repugnant to this Constitution or detrimental to the objects and purposes of this Federation.

Sec. 3. Forfeiture of membership shall be declared by a two-thirds vote at

33

—5—

an annual meeting after proper investigation of the charges, and only when they have been substantiated.

## ARTICLE XI.
### AMENDMENTS.

SECTION 1. By a two-thirds vote of the delegates present at an annual meeting of this Federation, alterations and amendments can be made to this Constitution; provided that notice and a copy of proposed change shall have been sent to each camp, at least three months in advance of the annual meeting.

## ARTICLE XII.
### DISSOLUTION.

SECTION 1. This Federation is intended to exist until the individual members of its camps are too few and feeble to longer keep it up, and it shall not be dissolved unless upon a vote or agreement in writing of four-fifths of the camps in good standing. In case of its dissolution, any property it may then possess shall be left to our successors, the "Sons of Confederate Veterans," and its records shall be deposited *in perpetuo* with the Battle Abbey of the State Museum, New Orleans, Louisiana.

# BY-LAWS
## ARTICLE I.
### MEMBERSHIP.

SECTION 1. Application for membership shall be made through the headquarters of the State or Territory where the camp is organized upon blanks furnished by the general headquarters.

SEC. 2. When the Constitution and By-Laws and roll of members of the applying organization has been examined and recommended by division and department headquarters, and when the application is accompanied by the prescribed fees, the camp shall be admitted, if no defect is found in the record, and a certificate of membership will be issued to it by the Adjutant General chief of staff.

SEC. 3. A correct roll of active members in good standing in each camp shall be forwarded annually, before the first day of April next preceding the general annual meeting, direct to general headquarters, upon which certified roll will be based the camp's *per capita*, which shall accompany it, and computed the camp's representation at the annual and other meetings.

SEC. 4. Membership in more than one camp is not forbidden, but no comrade shall be borne on the rolls of more than one camp for the purpose of enumeration and representation. When a comrade is a member of more than one camp he shall elect in which one he will be enrolled for representation.

## ARTICLE II.
### MEETINGS.

SECTION 1. There shall be held annually a general meeting or reunion of the Federation, such reunion to be held only at points in those States which furnished organized bodies of troops to the Confederate Army, to which neither the General Commanding, nor Department or Division Commanders, nor any official of this Association, nor "our host," shall have the right to invite anyone other than Confederates; this right shall rest alone with the delegates in convention assembled. Each division shall likewise have an annual meeting or reunion.

SEC. 2. The delegates at these annual meetings shall select the time and place for the next annual meeting.

SEC. 3. The Commander-in-Chief, at the request of a majority of the camps, shall convene the Federation in special meeting. Special meetings of divisions may likewise be called by the Major Generals at the request of a majority of the camps of their division, or in any emergency which they may deem sufficient.

SEC. 4. At all meetings delegates shall address each other as comrades.

SEC. 5. The annual general meeting shall be called to order by the Major General commanding the State or Territory or sub-division in which the meeting is held. He shall first introduce to the assembly the Chaplain General or, in his absence, the ranking chaplain, who will deliver a prayer. Any representative of the local or State government, or other person deputized to welcome the delegates, shall then be introduced by the Major General, after which he shall turn over the meeting to the General Commander-in-Chief, who will reply to the addresses, deliver his annual address, and announce the meeting ready for business. The Adjutant General shall then call the roll of general officers of the Federation and of the delegates from its camps by States and Territories, giving the number of delegates each is entitled to by his records; and such accredited delegates answering in person to the roll call of their respective camps shall be duly recognized delegates to the body, and the meeting will proceed to business on the basis fixed by the Adjutant General's roll of accredited delegates.

SEC. 6. Every comrade in good stand-

34

—6—

ing will be privileged to attend the meetings of any organization belonging to the United Confederate Veterans, and receive that fraternal consideration they design to foster.

#### VOTING.

SEC. 7. In all questions submitted to the meeting the chair will first put the question for the ayes and nays viva voce; if the roll of camps shall be called for, then the camps shall be called in order, the number of votes each is entitled to stated, and the vote for and against the motion announced by the chairman of each delegation, and, if possible, the vote shall be cast by States or divisions.

SEC. 8. Balloting shall be by camps; the Chairman of the delegation depositing the written ballots for the camp. In balloting for officers a majority of all votes cast shall be necessary to a choice. If there is no election on the first ballot the name of the comrade receiving the lowest number of votes shall be dropped, and so on in successive ballots until an election is made.

SEC. 9. When there is but one candidate for an office, upon motion and by unanimous consent, a formal ballot can be dispensed with, and the candidate elected by acclamation.

SEC. 10. The ayes and nays may be required and entered upon record at the call of any three delegates from different departments.

### ARTICLE III.
#### DUTIES OF OFFICERS.

SECTION 1. The General shall be head of this Federation, and shall enforce its Constitution, By-Laws, rules and regulations, and the will of its convention and meetings, and, to this effect, he may issue all necessary orders. He shall preside over the general conventions, meetings and reunions of the United Confederate Veterans, and shall decide all questions of law, order or usage, and shall be empowered to act for the good of the Federation as circumstances in his judgment may require, in cases not provided for by this Constitution and By-Laws, subject in all such decisions and acts to appeal to the general convention or meeting. Immediately after entering upon his office, he shall appoint his staff and all other general officers and committees not otherwise provided for, and may remove these officers and committees at his pleasure.

#### LIEUTENANT GENERALS.

SEC. 2. The Lieutenant-Generals shall command departments. They shall assist the General by counsel or otherwise, and in his absence or disability they shall fill his office according to seniority in the Confederate service.

They shall push the enrollment into camps of all veterans of the Confederacy in their departments; supervise the work of their divisions, and see to the enforcement of all orders from general headquarters, pass upon and forward all communications between division and general headquarters, and send annual report to the General one month before the annual meeting. They shall appoint their staff immediately after entering upon their office.

#### MAJOR GENERALS.

SEC. 3. Major-Generals shall command divisions, each State and Territory forming but one division and having but one Major-General. The Major-Generals shall apply themselves to fully organize their States or Territories into camps; they shall be careful to have all the requirements of the Constitution and By-Laws strictly complied with in the formation of camps, and be the intermediary in their relations with general and department headquarters; they shall see to the execution of all orders received therefrom; they shall assist the Lieutenant General by counsel or otherwise, and in his absence or disability they shall fill his office until the next annual meeting according to seniority in the Confederate service. They shall appoint their staff immediately after entering upon the duties of their offices.

#### BRIGADIER GENERALS.

SEC. 4. Brigadier-Generals shall command the brigades or district in which it may be found necessary to divide a State or Territory. They shall be under the Major-General and assist him in organizing the State or Territory; they shall see to the execution of all orders received through him, and they shall take precedence of each other according to seniority in the Confederate service. They shall be the intermediary between the Major-General and the camps of their brigades and vice versa. They shall appoint their staff immediately after entering upon the duties of their office, and shall be allowed as many aids as they may deem necessary to facilitate the formation of camps in their district.

#### CAMP OFFICERS.

SEC. 5. Camp officers shall have their duties defined by the Constitution of the camps that create them, to which full liberty has been given to govern themselves, provided the duties so defined be

35

not in conflict with the provision of this Constitution and By-Laws.

### STATE OFFICERS.
#### Adjutant General.

SEC. 6. The Adjutant General shall be chief of staff of the Commander-in-Chief. He shall keep correct records of the proceedings of the general headquarters, and general meetings and reunions; a roster of the general, department, division, brigade and camp officers, and a roll of the camps. He shall conduct the correspondence of the Federation and issue necessary orders, under the direction of the General.

All returns received by him from departments shall be turned over to the proper officer. He shall prepare all books and blanks required for the use of the United Confederate Veterans, under direction of the Commander-in-Chief. He shall be the keeper of the seal of the Federation, and shall issue under it all certificates of membership, commissions and documents. He shall perform such other duties and keep such other books and records as the commander-in-Chief may require He shall make an annual report to the Commander-in-Chief, showing the work performed by his office and the condition of the Federation.

He shall send out blank muster rolls to the various subordinate camps at least sixty days before the annual meetings, together with blank certificates for their delegates, with instructions to the Adjutants of the various camps to send in such muster rolls or roster of his camp, also the names of the delegates appointed by their camp to the annual meeting of the Federation, all direct to him, before the first day of the month next preceding the annual meeting.

#### QUARTERMASTER GENERAL.

SEC. 7. The Quartermaster General shall have charge of all arrangements for transportation of general headquarters to and from general meetings or reunions, and he shall endeavor to facilitate the transportation by railroads of delegates to the meetings of the Federation.

#### INSPECTOR GENERAL.

SEC. 8. The Inspector General shall prescribe the form of blanks to be used for the inspection of camps, and, with the approval of the Commander-in-Chief, give such special instructions in reference to inspections as may be deemed necessary. He shall prepare an abstract of the reports received from departments for the information of the Commander-in-Chief, and present a report to the annual meeting. He shall have charge of all investigations ordered for infractions of the Constitution and By-Laws of the Federation of the camps, or for conduct of any camp or individual considered detrimental to the Federation, which may be referred to him by the Commander-in-Chief.

#### SURGEON GENERAL.

SEC. 9. The Surgeon General shall perform the duties properly appertaining to his office, and present at the annual meeting a report or paper on matters relating to the medical and surgical branch of the Confederate service.

#### COMMISSARY GENERAL.

SEC. 10. The Commissary General shall attend to any duties the Commander-in-Chief may impose upon him, and he shall, at the annual meeting, present a written report or paper on matters relating to the commissariat of the Confederate army.

#### CHAPLAIN GENERAL.

SEC. 11. The Chaplain General shall open and close with prayer the annual and other meetings, and perform such duties in connection with his office as the Commander-in-Chief may require. He shall present at the annual meeting a written report or paper upon matters relating to his branch of the Confederate service.

#### JUDGE ADVOCATE GENERAL.

SEC. 12. The Judge Advocate General shall perform the duties appertaining to that office. He shall give all legal advice that may be required of him by the Commander-in-Chief. He shall present at the annual meeting a report and paper on the history of his department of the Confederate service.

SEC. 13. The subordinate staff shall perform, in their respective spheres, the duties of their offices, in conformity with the regulations imposed on the general staff, as far as they can be applied.

### ARTICLE IV.
#### CHANNELS OF COMMUNICATION.

All official communications in the business of this Federation or its subordinate commands most follow the usual military channels, except details designated, that is, from camps to brigades, to divisions, to departments, to general headquarters, and descending will take a reverse channel.

Direct communication from subordinate bodies or officers to superiors and vice versa, passing around intermediate

—8—

commanders, will not be permitted, except that Camps may communicate direct to Adjutant General's office.

### ARTICLE V.
#### COMMITTEES.

SECTION 1. There shall be four standing committee of one delegate from each State and Territory, and one to represent the camps outside the former Confederate States and Territories. They shall be as follows:

SEC. 2. HISTORICAL COMMITTEE that shall have charge of all matters relating to the literary and historical purposes of this Federation.

SEC. 3. RELIEF COMMITTEE, that shall have charge of all matters relating to relief, pensions, homes and other benevolent purposes of this Federation.

SEC. 4. MONUMENTAL COMMITTEE shall have charge of all matters relating to monuments, graves and the Federation's objects and purposes in these respects.

SEC. 5. FINANCE COMMITTEE, to verify accounts of officers, to fix the compensation of same whenever it becomes necessary, under the advice and approval of the General Comamnder-in-Chief, and to attend to such other matters of finance that may be referred to it.

SEC. 6. These committees can sub-divide themselves for purposes of facilitating their labors; and shall keep a record of their meetings, make reports annually or oftener if required by the Commander-in-Chief, and shall turn over their records to the Adjutant General at the expiration of their term of office.

#### SPECIAL COMMITTEE.

SEC. 7. Special committees can be appointed by the General commanding when a necessity arises, and shall be appointed by him when so ordered by the general meeting.

SEC. 8. All committees shall meet when called by their chairman.

Reports of committees shall be sent to the General-in-Chief one month before the annual meeting.

### ARTICLE VI.
#### FINANCES.

SECTION 1. The fees shall be: An entrance fee of two dollars ($2) from each camp, which shall accompany its application, and entitle the camp to a certificate of membership, free from cost of postage.

SEC. 2. A fee of one dollar ($1) for each commission issued to officers, or certificate to individual members of camps by general headquarters, which fee shall include postage.

SEC. 3. A per capita tax of ten (10) cents for each active member in good standing in such camp and not enumerated in any other camp.

SEC. 4. The General Commanding shall fix the price of dues for badges, books and blanks required and issued by the Federation, which dues shall not exceed an amount sufficient to defray cost and distribution.

SEC. 5. All fees and dues shall be received by the Adjutant General, and by him turned over to the Quartermaster General, in whose custody they shall remain until properly disbursed.

SEC. 6. Divisions may levy additional fees and per capita tax upon their camps, for their own purposes, and to meet their internal expenses.

### ARTICLE VII.
#### AMENDMENTS.

These By-Laws and the rules and the regulations of this Federation shall only be altered or amended at an annual meeting, by a two-thirds vote of the delegates present.

But any section herein may be suspended for the time being at any annual meeting by a unanimous vote of the delegates present. No amendments shall be considered unless by unanimous consent, if a notice and copy of it shall not have been furnished to each camp in the Federation at least thirty (30) days before the annual meeting.

### ARTICLE VIII.

The seat of the National Government shall be exempted from the provisions of Article IV of the Constitution, and all other sections conflicting herewith in the By-Laws, and shall be created a separate Brigade, and known as the District of Columbia Brigade.

Official:

*Andrew B. Booth*

Adjutant General and Chief of Staff.

37

Reunion Richmond, Va. June 1932.

The Committee on Resolutions reported the following resolution ADOPTED.
This copy as given by General C. A. DeSaussure, Commander-in-Chief, who drew up the Resolution.

Whereas: The increasing age of, and the number of deaths among our members are wiping out so many of our Camps and causing so many of those which remain to become inactive; and

Whereas: It is apparent that, unless this condition is corrected in some way, our Federation will soon cease to exist; and

Whereas: Article VIII, Section 3, of our Constitution gives our Federation the right to recognize and call upon our Sons and Daughters: therefore be it ---

Resolved: 1. That when any Camp by reason of Age, Death among its members, or other disability, shall find itself unable to conduct its business, it is hereby given the power to call upon the nearest Camp of Sons or upon the nearest Chapter of the Daughters of the Confederacy for one of its active members and shall than elect such member the Adjutant of that Camp. That the Son or Daughter so elected shall, after confirmation by the Commander of the Brigade, become the Adjutant of that Camp, in fact, charged with performing the duties of that office for that Camp: Shall be eligible for election as a delegate to conventions of the Federation and entitled to a voice and vote in same.

2. That Article III, Section 5 is hereby amended as to establish the legality of a decendant of a Confederate Soldier to fill the post of Adjutant of a Camp as provided for in Section 1, of this Resolution.

3. That should there be no camp of Sons or Chapters of the Daughters within practicable distance, then the Camp may select a descendant of a Confederate Soldier of undoubted Confederate record in lieu of a member of a Camp or Chapter stipulated above.

VOTE WAS TAKEN ON THIS RESOLUTION AND IT WAS UNANIMOUSLY ADOPTED BY THE CONVENTION IN SESSION.

38

Minutes of Reunion New Orleans.   April 1923

Amend Article VI. Sec. 15- Substituting for the latter clause.   Providing that Camps may elect Surgeons outside their own affilliated organizations to accompany their delegates professionally to all Reunions.

Amend Article XI by substituting for the last clause "Provided that notice of the proposed change shall have been presented at the annual meeting preceding that at which action is requested.   UNANIMOUSLY ADOPTED T BE REFERRED T THE CO ITTES IN CIR LAR.

A resolution presented at the Biloxi reunion in June 19 1930 that Sons and Daughters be accepted as members of Camps as co-operative members to assist the Vet r ns and be accepted as Delegates to attend to business, was TABLED.

Reunion Tampa Fla. April 1927   R s. No 6, Unanimously adopted.

Resolved :That it is the sense of this convention thatnthe Co: nders of the several camps of the organization of the United Conf d r te V t rans be allowed to appoint either a Son or a Daughter as Assistant to the Adjutant of their camps, without additional compensation.

39

HEADQUARTERS
## United Confederate Veterans
### New Orleans, La.

December 1st, 1922.

The following amendments to our Constitution have been proposed, to be voted on at the Convention at New Orleans, La., April 11th to 13th, 1923, proposed by Gen'l H. J. Peter, and endorsed by the Louisiana and Florida Divisions, as follows:

Amend Article 1, of the Constitution by adding to it after the last word veterans, the following: "and their organized descendants, known as the "Sons of Confederate Veterans" and "The United Daughters of the Confederacy", "their successors. So as to make it read:

ARTICLE I. THIS FEDERATION OF CONFEDERATE VETERANS ASSOCIATION SHALL BE KNOWN AS THE "UNITED CONFEDERATE VETERANS", AND THEIR ORGANIZED DECENDANTS KNOWN AS THE "SONS OF CONFEDERATE VETERANS" AND THE "UNITED DAUGHTERS OF THE CONFEDERACY" THEIR SUCCESSORS.

Amend Article XII, by adding after the word Veterans at the end of the tenth line, "and the United Daughters of the Confederacy", so as to make it read:

SECTION 1. THIS FEDERATION IS INTENDED TO EXIST UNTIL THE INDIVIDUAL MEMBERS OF ITS CAMPS ARE TOO FEW AND FEEBLE TO LONGER KEEP IT UP, AND IT SHALL NOT BE DISSOLVED UNLESS UPON A VOTE OR AGREEMENT IN WRITING OF FOUR-FIFTS OF THE CAMPS IN GOOD STANDING. IN CASE OF DISSOLUTION, ANY PROPERTY IT MAY THEN POSSESS SHALL BE LEFT TO OUR SUCCESSORS, THE SONS OF CONFEDERATE VETERANS, AND THE UNITED DAUGHTERS OF THE CONFEDERACY, AND ITS RECORDS SHALL BE DEPOSITED IN PERPETUO WITH THE STATE MUSEUM, NEW ORLEANS, LOUISIANA.

Add to Article XII, of the Constitution another Section, as follows:

SECTION 2. CAMPS SHALL HAVE THE RIGHT TO ADMIT MEMBERS OF THE SONS OF CONFEDERATE VETERANS, AND THE UNITED DAUGHTERS OF THE CONFEDERACY, AS ASSOCIATE MEMBERS. THESE ASSOCIATE MEMBERS SHALL BE KEPT ON SEPERATE ROLLS, AND REPORTED AS SONS AND DAUGHTERS, ON ANNUAL RETURNS, AND CAN ACT AS ASSISTANT TO OFFICERS, AS ASSISTANT ADJUTANT, ASSISTANT TREASURER, AND SO ON, TO ASSIST IN THE WORK OF KEEPING UP THE ORGANIZATION, BUT SHALL NOT BE DELEGATES OR HAVE VOTES IN THE ANNUAL CONVENTIONS, UNTIL AFTER THE FINAL DISSOLUTION OF OUR FEDERATION.

Proposed by Louisiana Division:

Amend Sec. 6, of Article VI, by adding at the end of the last line after the word convention; the following:

EXCEPT THAT THE GENERAL ELECT SHALL SUCCEED TO THE COMMAND ON THE FIRST DAY OF JANUARY FOLLOWING HIS ELECTION, SO AS TO GIVE TIME FOR HIS ADJUTANT GENERAL TO PREPARE AND HAVE PRINTED, ALL MINUTES, ETC.

EDGAR D. TAYLOR, Adjutant General,
and Chief of Staff.
Per A. B. BOOTH, A. A. G.

40

Case 5:17-cv-00837-DAE   Document 56-5   Filed 08/13/18   Page 13 of 18

# Amendments to Constitution

### Article XII.

SECTION 1. After the word "Sons", add "and Daughters", making that clause read: "In case of its dissolution, any property it may possess shall be left to our successors, the "Sons and Daughters of Confederate Veterans."

## BY-LAWS

### Article VI.

SECTION 3. Changed to read: "A per-capita tax of twenty (20) cents for each active member in good standing in such camp."

### Article VIII.

The District of Columbia Brigade, by unanimous vote of the convention, was annexed to the Virginia Division, becoming the 5th, or District of Columbia Brigade, Virginia Division; thus doing away with Article VIII.

At the Convention held in Memphis, Tenn., June 4, 5, 6, 1924.

41

# CONSTITUTION AND BY-LAWS
## OF THE
# United Confederate Veterans

PREPARED BY THE

Committee on Constitution and By-Laws

APPOINTED AT THE

Third Annual Meeting of the Organization

HELD IN

New Orleans, April, 1892.

---

Sessions of Committee held in New Orleans, February 13th, 14th and 15th, 1892, and adopted at Houston, Texas, May 23d, 1895; together with various amendments made up to Oct. 12th, 1921.

---

K. M. VAN ZANDT,
General Commanding.

ANDREW B. BOOTH,
Adjutant General and Chief of Staff

---

## PREAMBLE.

Believing that a general Federation of all constituted organizations of Confederate Veterans will assist in the accomplishment of the cherished purposes that each body is singly laboring to carry out, and to more firmly establish the ties which already exist between them:

We, the representatives of the following Camps, in general convention assembled at Houston, Texas, on this twenty-third day of May, of the year of our Lord eighteen hundred and ninety...

—1—

Veterans, sol[...]
existence or h[...]

2. To cult[...] ship that shou[...] have shared c[...] and privations[...]

3. To encou[...] ticipators the[...] tives, memoirs, [...] sodes and occu[...] tween the Stat[...]

4. To gathe[...] tics, documents, [...] other material [...] of the Confede[...] preserve relics [...] war; to make an[...] the services of ev[...] as possible of tho[...] have preceded us[...]

5. To see that [...] for; that a helpi[...] the needy, and [...] widows and orph[...] assisted.

6. To urge an[...] enduring monumen[...] ers and heroic sol[...] ple; and to mark [...] stones the graves [...] wherever found.

7. To instill int[...] proper veneration [...] glory of their fathe[...] into association wi[...] that they may aid [...] our objects and purp[...] ceed us, and take up [...] may leave it.

ARTICL[...]

MEMBERSHIP—REQUIS[...]

SECTION 1. Membe[...] eration shall be by ca[...]

SEC. 2. The variou[...]

42

SECTION 1. By a two-thirds vote of the delegates present at an annual meeting of this Federation, alterations and amendments can be made to this Constitution; provided that notice and a copy of proposed change shall have been sent to each camp, at least three months in advance of the annual meeting.

## ARTICLE XII.
### DISSOLUTION.

SECTION 1. This Federation is intended to exist until the individual members of its camps are too few and feeble to longer keep it up, and it shall not be dissolved unless upon a vote or agreement in writing of four-fifths of the camps in good standing. In case of its dissolution, any property it may then possess shall be left to our successors, the "Sons of Confederate Veterans," and its records shall be deposited *in perpetuo* with the Battle Abbey of the State Museum, New Orleans, Louisiana.

# BY-LAWS
## ARTICLE I.
### MEMBERSHIP.

SECTION 1. Application for membership shall be made through the headquarters of the State or Territory where the camp is organized upon blanks furnished by the general headquarters.

SEC. 2. When the Constitution and By-Laws and roll of

43

commanders, will not be permitted, except that Camps may communicate direct to Adjutant General's office.

## ARTICLE V.
### COMMITTEES.

SECTION 1. There shall be four standing committees of one delegate from each State and Territory, and one to represent the camps outside the former Confederate States and Territories. They shall be as follows:

SEC. 2. HISTORICAL COMMITTEE that shall have charge of all matters relating to the literary and historical purposes of this Federation.

SEC. 3. RELIEF COMMITTEE, that shall have charge of all matters relating to relief, pensions, homes and other benevolent purposes of this Federation.

SEC. 4. MONUMENTAL COMMITTEE shall have charge of all matters relating to monuments, graves and the Federation's objects and purposes in these respects.

SEC. 5. FINANCE COMMITTEE, to verify accounts of officers, to fix the compensation of same whenever it becomes necessary, under the advice and approval of the General Comannder-in-Chief, and to attend to such other matters of finance that may be referred to it.

SEC. 6. These committees can sub-divide themselves for purposes of facilitating their labors; and shall keep a record of their meetings, make reports annually or oftener if required by the Commander-in-Chief, and shall turn over their records to the Adjutant General at the expiration of their term of office.

### SPECIAL COMMITTEE.

SEC. 7. Special committees can be appointed by the General commanding when a necessity arises, and shall be appointed by him when so ordered by the general meeting.

SEC. 8. All committees shall meet when called by their chairman.

Reports of committees shall be sent to the General-in-Chief one month before the annual meeting.

## ARTICLE VI.
### FINANCES.

SECTION 1. The fees shall be: An entrance fee of two dollars ($2) from each camp, which shall accompany its application, and entitle the camp to a certificate of membership, free from cost of postage.

SEC. 2. A fee of one dollar ($1) for each commission issued to officers, or certificate to individual members of camps by general headquarters, which fee shall include postage.

SEC. 3. A per capita tax of ten (10) cents for each active member in good standing in such camp and not enumerated in any other camp.

SEC. 4. The General Commanding shall fix the price of dues for badges, books and blanks required and issued by the Federation, which dues shall not exceed an amount sufficient to defray cost and distribution.

SEC. 5. All fees and dues shall be received by the Adjutant General, and by him turned over to the Quartermaster General, in whose custody they shall remain until properly disbursed.

SEC. 6. Divisions may levy additional fees and per capita tax upon their camps, for their own purposes, and to meet their internal expenses.

## ARTICLE VII.
### AMENDMENTS.

These By-Laws and the rules and the regulations of this Federation shall only be altered or amended at an annual meeting, by a two-thirds vote of the delegates present.

But any section herein may be suspended for the time being at any annual meeting by a unanimous vote of the delegates present. No amendments shall be considered unless by unanimous consent, if a notice and copy of it shall not have been furnished to each camp in the Federation at least thirty (30) days before the annual meeting.

## ARTICLE VIII.

The seat of the National Government shall be exempted from the provisions of Article IV of the Constitution, and all other sections conflicting herewith in the By-Laws, and shall be created a separate Brigade, and known as the District of Columbia Brigade.

Official:

*Andrew B. Booth*

*Adjutant General and Chief of Staff.*

44

# MINUTES

*of the*

## THIRTY-FOURTH ANNUAL MEETING AND REUNION

*of the*

# United Confederate Veterans

## DIVISION OF TEXAS



### HELD IN THE CITY OF PORT ARTHUR, TEXAS
### OCTOBER 6, 1926

45

# CONSTITUTION

## ARTICLE I.

This Association of Confederate Veterans shall be known as the Texas Division of United Confederate Veterans.

## ARTICLE II.

The objects and purposes of this organization shall be strictly social, literary, historical and benevolent. It will strive first to unite in one general federation all of the Confederate Camps in Texas. Second—To cultivate the ties of friendship that should exist among those who have shared common dangers, sufferings and privation. Third—To encourage the writing by participators therein of accounts, narratives, memoirs, histories of battles, episodes and occurrences of the war between the States. Fourth—To gather authentic data, statistics, documents, reports, plans, maps and other material for an impartial history of the Confederate side. To collect and preserve relics and mementos of the war; to make and perpetuate a record of service of every member, and, as far as possible, of those of our Comrades who preceded us into eternity. Fifth—To see that the disabled are cared for; that a helping hand is extended to the needy, and that the Confederate widows and orphans are protected and assisted. Sixth—To urge and aid in the erection of enduring monuments to our great leaders and hero soldiers and sailors, and people, and to mark with suitable headstones the graves of the Confederate dead wherever found. Seventh—To instill into our descendants a proper veneration for the spirit and glory of their fathers, and to bring them into association with our organization, that they may aid us in accomplishing our objects and purposes and finally succeed us and take up our work whenever we may leave it.

## ARTICLE III.

Membership, Requisites and Limitations.

Section 1. Membership in this Division shall be by Camps.

(27)