BRAZOS COUNTY             §
                                       §

STATE OF TEXAS             §

## <u>AFFIDAVIT OF DR. WILLIAM BOYD</u>

Before me, the undersigned notary, on this day did personally appear DR. WILLIAM BOYD, affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Dr. William Boyd. I am competent to make this verification. The facts stated within it are within my personal knowledge and are true and correct.

I am the Chief of Staff of the Texas Division, Sons of Confederate Veterans, Inc.

The photos and documents attached to this affidavit are part of the affidavit. Their content is true and correct to the best of my knowledge.

The content on the Texas Division, Sons of Confederate Veterans, Inc., website, http://www.scvtexas.org, is true and accurate to the best of knowledge."

_____
Dr. William Boyd

SWORN TO and SUBSCRIBED before me by Dr. William Boyd on August 13, 2018.

ABHAY GARG
Notary Public
STATE OF TEXAS
My Comm. Exp. Feb. 12, 2019

_____
Notary Public in and for
The State of Texas

47

## Negro Confederate Veteran Shot.

DALLAS, Tex., June 14.—Two negroes, Henson Williams and his son William, were shot dead from ambush in Brazos County, while they were plowing in a field. Officers are searching for a white man who is believed to have shot them. The elder Williams fought through the civil war as a Confederate soldier and made such a good record that he was a full member of the Confederate Veterans' camp at Millken. The old white Confederate soldiers are enraged at the assassination and threaten vengeance on the assassin, when captured.

The New York Times

Published: June 15, 1900

Copyright © The New York Times

418

**Dorian Sean Harrison – Newest Member!**



We are pleased to announce that Dorian Sean Harrison is officially a member of Sul Ross Camp. His membership certificate came in the mail over the past month. Welcome, Dorian!

We also flagged his ancestor, Charles Sidney Dearman, a slave who went to war with Capt John Moffet's Company A of the 18th Texas Infantry. Along with about 29 other slaves from the Lufkin area, Sidney helped build fortifications and dirt works at Sabine City, LA (near Sabine Pass). These contributions to the CSA armed forces were greatly needed. Here is the flagged grave of his 3d Great Grandfather Sidney as well as a portrait taken circa 1887:

 

Sidney is buried in Rowland Cemetery, Caldwell



02/23/2017

**Dorian & mom Othea hold 130 yr old picture of ancestor Sidney Dearman**

*Burwell, Carter* (slave)

2 Co. H, 32 Virginia Inf'y.

(CONFEDERATE.)

Cook | Cook

CARD NUMBERS.

| | | |
|---|---|---|
| 5 1 4 8 2 8 3 3 | | 18 |
| 2 | 3 7 3 1 | 19 |
| 3 | | 20 |
| 4 | | 21 |
| 5 | | 22 |
| 6 | | 23 |
| 7 | | 24 |
| 8 | | 25 |
| 9 | | 26 |
| 10 | | 27 |
| 11 | | 28 |
| 12 | | 29 |
| 13 | | 30 |
| 14 | | 31 |
| 15 | | 32 |
| 16 | | 33 |
| 17 | | 34 |

Number of medical cards herein .......... 0

Number of personal papers herein .......... 0

Book Mark: ..........

See also ..........

(CONFEDERATE.)

32 | Va

50

The 32d Regiment Virginia Infantry was organized in May, 1861, and accepted into the service of the Confederate States July 1, 1861, with ten companies, A to K. After the muster of August 31, 1861, Companies G to K, which had been organized as artillery, were transferred to the 1st Regiment Virginia Artillery. Captain Frank Lee's Independent Company Virginia Volunteers was assigned to the regiment January 1, 1862, and became (2d) Company K. The regiment was reorganized May 21, 1862, with only seven companies.

Book mark: _____

*C. Kline*

(642)                                                    Copyist.

888

(CONFEDERATE.)

*B*          |          32          |          Va.

†

_Carter Bussell_ (slave)

_Cook_, (2d) Co. H, 32 Reg't Virginia Inf.

Appears on

## Company Muster Roll

of the organization named above,

for_____ _July & Aug_ _____, 1864.

_dated Sept. 1, 1864_

Enlisted:
When _____ _Apl. 1_, 1864.

Where _Chaffin's Farm_____

Carter Burwell (Slaw)

Cook, (2d) Co. H, 32 Reg't Virginia Inf.

Appears on

## Company Muster Roll

of the organization named above,

for _____ Nov and Dec _____, 1864

dated Dec 31 1864

Enlisted:

When _____ April 1 _____, 1864

Where _____ Chaffins Farm _____

By whom _____ Lt T G H Curtis _____

Period _____ 1 Year _____

Last paid:

By whom _____ Capt. T. A. McCandlish

To what time _____ June 30 _____, 1864

Present or absent _____ Present _____

Remarks: _____

_____

_____

_____

_____

52

By whom _____

Period _1 year_

Last paid: /
By whom _Capt. McCandlish_

To what time _____ June 30, 1864.

Present or absent_Present_

Remarks: _Chief cook for Company with Regt wagons_

The 32d Regiment Virginia Infantry was organized in May, 1861, and accepted into the service of the Confederate States July 1, 1861, with ten companies, A to K. After the muster of August 31, 1861, Companies G to K, which had been organized as artillery, were transferred to the 1st Regiment Virginia Artillery. Captain Frank Lee's Independent Company Virginia Volunteers was assigned to the regiment January 1, 1862, and became (2d) Company K. The regiment was reorganized May 21, 1862, with only seven companies.

Book mark: _____

_N. H. Collinge_
Copyist.

(642)

2767

State Representative James White

"The God who gave us Life, gave us Liberty at the same time." – Thomas Jefferson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS,
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Richard Brewer, Jean Carol Lane, | § | |
| And the Texas Division, | § | |
| Sons of Confederate Veterans, Inc., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| Ron Nirenberg, Roberto Trevino, | § | |
| William Shaw, Rebecca Viagran | § | |
| Shirley Gonzales, Greg Brockhouse | § Civil Action No. 5:17-cv-00837-DAE |
| Ana Sandoval, Manny Pelaez, | § | |
| John Courage, and Clayton Perry, | § | |
| Defendants. | § | |

COUNTY OF WAKE

STATE OF NORTH CAROLINA

### AFFIDAVIT OF ERNEST DARWIN ROSEMAN

My name is **ERNEST DARWIN ROSEMAN**. I am over the age of 18 years and in all ways competent to make this affidavit. I am a 21 year member of the Sons of Confederate Veterans through the service of my Great-Great Grandfather, Captain Daniel Frederick Roseman, Company F, 38th Regiment of NC Infantry. I am the past commander of the Colonel L. L. Polk SCV Camp # 1486, Garner, NC and currently serve as the Quartermaster of the North Carolina Division of the Sons of Confederate Veterans.

I am well acquainted with the work of the North Carolina Division Sons of Confederate Veterans (afterwards "NCSCV") in cooperation with the Oakwood Cemetery's governing board in Raleigh, Wake County, North Carolina. An accurate history of the Cemetery, posted on the internet at , (http://historicoakwoodcemetery.org/historic-confederate-cemetery.asp) is attached as **Exhibit "A"**.

Since the early 1980's, our SCV camp along with other local SCV camps have worked with the Oakwood Cemetery Board ( a private non-profit foundation) to install headstones for the 1,400+ Confederates buried in the cemetery. These headstones were ordered and received from the

54

ROSEMAN AFFIDAVIT page 2

Veterans Administration. As each headstone was received, SCV members performed all the duties necessary to erect these headstones at each grave site.

Over the past 30 years the NCSCV working with the Director and Board of Oakwood Cemetery has continued to maintain these headstones. SCV members have also continued to research the history of these brave Confederate Soldiers resulting in a book describing the Oakwood Confederate Cemetery. NCSCV also maintains an online database of over 7,500 Confederate graves in North Carolina (http://www.ncgenweb-data.com/csaburials/) **Exhibit "B."**

At the same time, NCSCV members have volunteered literally thousands of hours in cleaning and maintaining the Confederate Section of Oakwood Cemetery to include tree removal during two hurricanes and one tornado.

I have volunteered hundreds of hours personally as a tribute to the sacrifice and contribution of our Confederate ancestors. Their valor and sacrifices should never be forgotten.

The foregoing is true,  based on my personal knowledge, information & belief. Where based on information & belief, I believe it to be true.

FURTHER AFFIANT SAYETH NAUGHT

_Ernest Darwin Roseman_

ERNEST DARWIN ROSEMAN
AFFIANT

SWORN TO & SUBSCIBED before me by ERNEST DARWIN ROSEMAN on this 9ᵗʰ day of AUGUST, 2018

Notary Public in and for the State of North Carolina

My commission expires: Aug 16 2020

| MOLLY ROBERTSON |
| Notary Public |
| Wake Co., North Carolina |
| My Commission Expires Aug. 16, 2020 |

Respectfully submitted this 9 th day of August  2018.

/s/ KIRK DAVID LYONS                     /s/ David D. Vandenberg
Texas Bar No. 12743500              Texas Bar No. 24107948
P.O. Box 1235                             3603 D Las Colinas Drive
Black Mountain, N.C. 28711        Austin, Texas 78731
E-mail: kdl@slrc-csa.org             davidvandenberg@hotmail.com
Tel. (828) 669-5189   Fx: 575-5290        Tel. (512) 373-8694

55

Exhibit "A"

HOME    ABOUT US    PRODUCTS & SERVICES    PRE-PLANNING    FAQ    CONTACT US

701 Oakwood Avenue
Raleigh, NC 27601
Phone: 919-832-6077
Fax: 919-832-2982

SEARCH BURIAL RECORDS

NOTABLE BURIALS

GREEN BURIAL SECTION:
MORDECAI'S MEADOW

CREMATION MEMORIALS

SERVICES FOR VETERANS

EVENTS & OUTREACH

PHOTO GALLERY

VISITORS GUIDE & MAP

HISTORIC CONFEDERATE
CEMETERY

BECOME A FRIEND

CONTACT US

CEMETERY INTEREST
FORM

  

Download Our App:



## HISTORIC CONFEDERATE CEMETERY

When the Ladies Memorial Association of Wake County was organized May 23, 1866, one of their first objectives was to find a suitable spot for 'our heroic dead'. Mr. Henry Mordecai told Mr. P. F. Pescud after a request for land with a financial offer, "Mr. Pescud, the Ladies Memorial Association is welcome to as many acres of land as they need for such a sacred purpose".

A plan for the grounds submitted by Mr. Pescud resulted in "the first Confederate Cemetery in the late Confederacy of which Mr. Pescud has any knowledge." The deed to "Soldiers' Cemetery" is dated March, 1867. The tremendous task of moving 546 bodies of the Confederate dead from sites in many areas of Wake County was preceded by clearing trees and stumps and otherwise putting the donated land in proper condition.



Click image for a slideshow!

The cemetery was laid off in eight divisions with the first four numbered designated for North Carolinians. Division 5 was delegated for the 44 Georgia dead, Division 6 for the nine from Mississippi, Division 7 has four rows of South Carolina soldiers and Division 8 contained 106 unknowns, plus 70 soldiers from most of the remaining states.

George W. Whiting was chairman of the committee to ascertain where the soldiers were buried and to have their remains disinterred and removed to the cemetery. He, assisted by Misses Blanch Bragg, Annie Lovejoy and Sue B. Pescud, remarked in pencil all the headboards at the graves they found, and prepared a list of the names before the graves were opened. Mr. Pescud and the ladies received and superintended the reinterment of the remains. The work was begun February 22, 1867, and occupied several weeks.

Most of the Confederate dead in Wake County were buried during the war in Rock Quarry Cemetery, just across from the old Fairgrounds Hospital and the Pettigrew Hospital (later the Soldier's Home). When the Federal Army came to Raleigh, they took possession of the hospitals and the cemetery. A Federal officer in command of the cemetery selected it for the interment of their own dead. A later threat was supposedly verbalized that if the Confederate soldiers buried were not removed in two days, their bodies would be thrown in the road.

The threat stirred to activity all the loyal citizens of the town, and preparations sped up for their removal to the Soldiers' Cemetery, even while the grounds were being prepared. The work was done almost entirely by young men of the city who fought side by side with their fellow comrades, a labor of love. With picks and wheelbarrows they were assisted by women relatives walking by their side. In that early day, 1867, they moved 494 from Rock Quarry Cemetery, 20 from the city cemetery, 14 near Henry Mordecai's, eight from Wake Forest, six from Camp Mangum (current site of the State Fair and Meredith College), two from Camp Holmes, and one each from Chapel Hill (a young Alabama lad), Mrs. Price's farm and Flowlet's farm (last two locations currently unknown).

In 1871, 137 bodies were removed from Gettysburg and reinterred in the Soldiers' Cemetery. In 1883, 107 dead were removed from National Cemetery at Arlington and laid to rest in two mass graves in Oakwood. Beginning in the late 1800s, veterans from the Soldiers' Home were transferred to the cemetery. In 2010, there are 1,388 Confederate and two Union Soldiers buried in the Soldiers' Cemetery in Oakwood.

Charles E. Purser, *"A Story Behind Every Stone"*
The Scuppernong Press, 2005

Home  |  About Us  |  Products & Services  |  Pre-Planning  |  FAQ  |  Contact Us  |  Search Burial Records  |  Notable Burials  |  Green Burial Section
Cremation Memorials  |  Events & Outreach  |  Photo Gallery  |  Visitors Guide & Map  |  Historic Confederate Cemetery  |  Become a Friend  |  Contact Us  |
Cemetery Interest Form

56

DALLAS COUNTY           §
§
STATE OF TEXAS          §

## AFFIDAVIT OF GARY DAVID BRAY

Before me, the undersigned notary, on this day did personally appear GARY DAVID BRAY, affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Gary David Bray. I am competent to make this verification. The facts stated within it are within my personal knowledge and are true and correct. The photographs attached to this affidavit are part of this affidavit and show places and events described in this affidavit.

I am a 26-year member of the Sons of Confederate Veterans with 40 Family members that are American Veterans of the Confederate armed services 1861-1865. These family members answered the "call to arms" of their State as they were asked to do. Many were wounded and some died doing their duty protecting their State, homes and families. I have the military records of all of these men so I understand the hardships, sacrifices and valor of the Confederate soldier. I understand and acknowledge the fact that they are men of their times and not my own; therefore, I can not judge them only study and try to understand their history and times. I believe that as long as a person is remembered ,they are not truly dead and gone. So many of my other Sons of Confederate Veterans friends "remember" our family and their service.

We in the Sons of Confederate Veterans remember our veterans in many ways. We mark lost veteran graves, clean cemeteries, markers and monuments. Case in point please review the photos of a 1996 Confederate monument Centennial rededication I was a part of in Sherman Texas. This 1896 monument was the first Confederate monument installed in Texas. SCV Camp #349 worked with the county Judge and city of Sherman to clean the monument and had new inscriptions cut into the stone panels. Camp #349 also placed a Texas State Historical Marker for the 11TH Texas Cavalry raised in the county.

I would like to point out another Sons of Confederate Veterans project started in 1995 and completed in 2000. SCV Camp #1588 Plano Texas installed military grave markers on over 100 Civil War soldier graves, Union and Confederate. at Pecan Grove Cemetery, McKinney Texas then raised $10,000 dollars to install a 10 foot by 4 foot stone marker in their honor. I have had the honor of leading twenty-one gun salutes at this monument for years'.

Camp #1313 from Dallas, Texas, took on the task of repairing and restoring the "Confederate Cemetery" in Dallas. The city parks department mows the cemetery but nothing else. The SCV members started work in 2013 with bringing in lifting equipment and restoring a monument that was pushed or fell over. They repainted the cemetery sign and removed downed tree limbs. The fence was repaired and work continues to this day on restoring the veterans' graves and markers."

Gary David Bray

SWORN TO and SUBSCRIBED before me by Gary David Bray on August 11, 2018.

MELISSA SPAIN
Notary Public, State of Texas
Comm. Expires 09-23-2020
Notary ID 10642067

Notary Public in and for
The State of Texas

58

Sherman Texas Monument...   8/11/18, 4:17 PM

3389.jpeg                                    Open with



59

3393.jpeg                                    Open with



THE FIRST CONFEDERATE MONUMEN
ERECTED IN TEXAS, APRIL 3, 189
UNDER THE AUSPICES OF THE EX CONFEDERATE ASSO
OF GRAYSON CO. TEX.
ORGANIZED JULY 21, 1888 CHANGED T
MILDRED LEE CAMP U.C.V. MAY 2

SACRED TO THE MEMORY OF OUR CONFEDERATE DEA
PATRIOTS. THEY FOUGHT FOR HOME AND COUNTR
THE HOLY PRINCIPLES OF SELF GOVERNMENT-THE ONL
LIBERTY. THEIR SUBLIME SELF SACRIFICES AN
RPASSED VALOR WILL TEACH FUTURE GENERATIO
LESSON OF HIGH BORN PATRIOTISM, OF DEVO
DUTY, OF EXALTED COURAGE, OF SOUTHERN C

60



## NINTH TEXAS CAVALRY

THE NINTH TEXAS CAVALRY CONSISTED OF ABOUT 1,000 MOUNTED VOLUNTEERS FROM GRAYSON, TARRANT, HUNT, HOPKINS, CASS, RED RIVER, TITUS, AND LAMAR COUNTIES. THEY GATHERED ABOUT 15 MILES NORTHWEST OF HERE AT BROGDON'S SPRINGS ON OCTOBER 2, 1861, AND WERE MUSTERED INTO CONFEDERATE SERVICE UNDER COLONEL WILLIAM B. SIMS.

UNDER COLONEL SIMS THE NINTH CAVALRY SAW CONSIDER-ABLE ACTION IN THE INDIAN TERRITORY OF PRESENT-DAY OKLAHOMA BEFORE JOINING GENERAL BEN McCULLOCH'S ARMY IN ARKANSAS IN LATE JANUARY 1862. COLONEL SIMS WAS WOUNDED DURING THE BATTLE OF PEA RIDGE IN MARCH 1862 AND LT. COLONEL WILLIAM QUAYLE TOOK COMMAND.

THE NINTH CAVALRY NUMBERED 657 MEN IN LATE SPRING 1862 WHEN THEY MARCHED TO MISSISSIPPI TO JOIN THE THIRD, SIXTH, AND TWENTY-SEVENTH TEXAS CAVALRY UNITS AND FORMED A CAVALRY BRIGADE UNDER THE COMMAND OF LAWRENCE S. ROSS. FOR 15 MONTHS ROSS' BRIGADE SAW ALMOST CONTINUAL ACTION IN MISSISSIPPI, ALABAMA, TENNES-SEE, AND GEORGIA. THEY PARTICIPATED IN THE ASSAULT THAT CAPTURED AND BURNED THE FEDERAL GUNBOAT "PETREL" IN 1864. BY NOVEMBER 1864 THE NINTH CAVALRY CONSISTED OF ONLY 110 MEN. ROSS' BRIGADE SURRENDERED TO FEDERAL TROOPS AT JACKSON, MISSISSIPPI, ON MAY 4, 1865. VETERANS OF ROSS' BRIGADE FORMED AN ASSOCIATION IN 1878.

SESQUICENTENNIAL OF TEXAS STATEHOOD 1845-1995







**SONS OF CONFEDERATE VETERANS**
**WILLIAM H.L. WELLS CAMP NO. 1588**
**SCRAPBOOK**

PECAN GROVE CEMETERY MONUMENT

INSCRIPTION:
All these were honoured in their generation
And were the glory of their times
But these were merciful men
Whose righteousness hath not been forgotten

ECCLESIASTICUS



UTmail Mail - 10ft scv marker McKinney CW Cemetery
8/7/18, 3:11 PM

TO PURCHASE A MONUMENT WITH THE NAMES OF ALL THE
VETERANS BURIED HERE.  THUS BEGAN THE T-SHIRT SALES,
GARAGE SALES, TRADE DAYS SALES, BAKE SALES, ETC. TO
RAISE $10,000.  IT TOOK FOUR YEARS TO ACCOMPLISH.
THANKS TO RAWLINS MONUMENT CO. WE HAVE A MONUMENT.
WE ARE GATHERED HERE TODAY TO DEDICATE THAT
MONUMENT.



McKinney Courier-Gazette/Nick Wright.

The color guard, comprised of the 1st US Infantry, the McKinney Commandery #34 and the
Knights Templar, march through Pecan Grove Cemetery prior to the unveiling of the monument.

# Monument honors Civil War veterans

■ Continued From Page 1        ment groups and one in full regalia        work on the monument and other

64



David this is a monument installed by SCV Camp #1588 Plano TX in a cemetery in McKinney Tx.







REPLY TO:

BOX 807
MC KINNEY   TEXAS   75070
972 562 4052

January 16, 1998

Mr. Dennis Todd
Sons of Confederate Veterans
2804 Canyon Creek Drive
Richardson, Texas   75080

Dear Mr. Todd:

The Collin County Historical Commission wishes to recognize
the outstanding work that you and your fine organization
have accomplished at Pecan Grove Cemetery in McKinney, Texas.

We are so pleased to have the graves of the Civil War
Veterans marked.

Thank you so very much for this contribution to the history
of Collin County.

Yours very truly,

COLLIN COUNTY HISTORICAL COMMISSION

*Martha Bundy*

(Mrs.) Martha Bundy, Chair

MB:do

CeCe



