IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD BREWER, JEAN CAROL LANE, TEXAS DIVISION SONS OF CONFEDERATE VETERANS, INC.,<br> *Plaintiffs*<br><br>*v.*<br><br>RON NIRENBERG, ROBERTO TREVINO, WILLIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, JOHN COURAGE, CLAYTON PERRY,<br> *Defendants* | § § § § § § § § § § § § § § § | 5:17-CV-00837-DAE |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY, MOTION TO DISMISS**

Now come RON NIRENBERG, in his Official Capacity as Mayor of the City of San Antonio, and ROBERT TREVINO, WILIAM SHAW, REBECCA VIAGRAN, REY SALDANA, SHIRLEY GONZALES, GREG BROCKHOUSE, ANA SANDOVAL, MANNY PALAEZ, and JOHN COURAGE, in their official capacities as Members of the San Antonio City Council and file this their Unopposed Motion for Extension of Time to Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment or Alternatively, Motion to Dismiss and would show unto the court as follows:

1. Defendants filed their Motion for Summary Judgment or Alternatively, Motion to Dismiss on July 16, 2018. (Dk. #54). Plaintiffs sought and were granted an extension of time to responds to the motion. They timely filed a response on August 13, 2018. (Dk. # 56). Defendants' reply to said response is due August 20, 2018.

2.     On or about August 7, 2018, undersigned counsel was assigned to represent the City of San Antonio in an emergency matter styled *Secure San Antonio's Future, Political Action Committee v. International Association of Fire Fighters, Local 624, et. al.,* In the 150th Judicial District Court, Bexar County, Texas 2018-CI-14633.  This matter was originally set for emergency hearing on August 13, 2018 and subsequently reset to August 15, 2018.  Due to involvement in this emergency matter, undersigned counsel was unable to fully prepare Defendants' reply to Plaintiffs' response in this matter.  Accordingly, Defendants request a one week extension, to August 27, 2018, for filing their reply.

3.     Undersigned Counsel hereby certifies that she has conferred with counsel for Plaintiffs and they do not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, DEFENDANTS pray this Court grant this Motion in all things, that the deadline for Defendants to file their reply be extended to August 27, 2018, and for such other and further relief, both in law and in equity, to which these Defendants may be entitled.

    Respectfully Submitted,

    CITY OF SAN ANTONIO
    Office of the City Attorney
    Litigation Division
    Frost Bank Tower
    100 W. Houston St., 18th Floor
    San Antonio, Texas  78205

    /s/Deborah Lynne Klein
    Deborah Lynne Klein
    Deputy City Attorney
    Bar No: 11556750
    (210) 207-8919/ (210) 207-4357 Fax
    deborah.klein@sanantonio.gov
    *ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following on August 20, 2018:

Kirk David Lyons
PO Box 1235
Black Mountain, North Carolina 28711

David D. Vandenberg
Vandenberg Law, PLLC
3603D Las Colinas Dr.
Austin, Texas 782731

                                              /s/Deborah Lynne Klein_____
                                              DEBORAH LYNNE KLEIN