IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Richard Brewer, et al. | § | |
|    *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 5:17-CV-00837-DAE |
| | § | |
| Ron Nirenberg, et al. | § | |
|    *Defendants.* | § | |

## NOTICE OF APPEARANCE

Please take note that Warren V. Norred and Norred Law, PLLC hereby appears, serving as additional counsel for plaintiffs Richard Brewer, Texas Division Sons of Confederate Veterans, Inc., et al.

Please also take note that all further documentation and contacts should be through the Court's electronic court filing system and the contact information stated below, as appropriate.

Respectfully submitted this September 12, 2018,

        */s/ Warren V. Norred*
        Warren Norred; Texas Bar No. 24045094
        NORRED LAW, PLLC
        515 E. Boarder St
        Arlington, Texas 76010
        Tel: 817.704.3984; Fax: 817.524.6686
        warren@norredlaw.com
        *ATTORNEY FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE -** I hereby certify that a true and correct copy of the foregoing document was served on this the 12th of September, on the following via CM/ECF:

Deborah Lynne Klein
Deputy City Attorney
Bar No: 11556750
(210) 207-8919
Fax: (210) 207-4357
Deborah.klein@sanantonio.gov
*ATTORNEY FOR DEFENDANTS*

        */s/ Warren V. Norred*
        Warren Norred; Texas Bar No. 24045094