**TRANSCRIPT ORDER FORM (DKT-13)** - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Western District of Texas, San Antonio Division  District Court Docket No. 5:17-cv-00837-DAE

Short Case Title: Brewer et al v Nirenburg et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Angela Hailey

Date Notice of Appeal Filed in the District Court: 09/24/2018  Court of Appeals No. 18-50800

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.

This is to order a transcript of the following proceedings: ☐ Bail Hearing ___ ☐ Voir Dire ___
☐ Opening Statement of Plaintiff ___ ☐ Opening Statement of Defendant ___
☐ Closing Argument of Plaintiff ___ ☐ Closing Argument of Defendant: ___
☐ Opinion of court ___ ☐ Jury Instructions ___ ☐ Sentencing ___

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 08/31/2017 | Post TRO Preliminary Injunction Motion Hearing | David Ezra |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
■ Private Funds;  ☐ Criminal Justice Act Funds **(Enter Authorization-24 via eVoucher)**;
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other ___

Signature: _(signed)_ Kirk David Lyons  Date Transcript Ordered: 10/03/2018
Print Name: Kirk David Lyons  Phone: 828-712-2115
Counsel for: Plaintiffs/appellants
Address: PO Box 1235 Black Mountain, NC 28711

---

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) ___

Date ___ Signature of Reporter ___ Tel. ___

Email of Reporter ___

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ___  Actual Number of Volumes ___

Date ___ Signature of Reporter ___