**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

FILED
OCT 15 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

October 15, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 18-50710    David McMahon, et al v. Gregory Fenves
                USDC No. 1:17-CV-822
                USDC No. 5:17-CV-837-DAE

The court has granted the motion to unopposed motion consolidate appeals 18-50710 and 18-50800.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Mr. J. Campbell Barker
Ms. Jeannette Clack
Ms. Heather Gebelin Hacker
Ms. Deborah Lynne Klein
Mr. Kirk David Lyons
Mr. Henry Carl Myers
Mr. Warren Norred

P.S. to Counsel: A revised copy of the caption is enclosed for future filings. The briefing noticed issued in 18-50710 has been suspended and a new briefing notice will be issued once the consolidated record on appeal is complete. Counsel is reminded that the filing fee in 18-50800 is due by October 24, 2018.

Case No. 18-50710

DAVID MCMAHON; STEVEN LITTLEFIELD; TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INCORPORATED,

    Plaintiffs - Appellants

v.

PRESIDENT GREGORY L. FENVES, In His Official Capacity as President of the University of Texas at Austin,

    Defendant - Appellee

---
Consolidated with 18-50800
---

RICHARD BREWER; JEAN CAROL LANE; TEXAS DIVISION, SONS OF CONFEDERATE VETERANS, INCORPORATED,

    Plaintiffs - Appellants

v.

RON NIRENBERG, Mayor of the City of San Antonio, In his Indivisual Capacity; ROBERTO TREVINO, San Antonio City Councilman in his Individual Capacity; WILLIAM SHAW, San Antonio City Councilman in his Individual Capacity; REBECCA VIAGRAN, San Antonio City Councilman in her Individual Capacity; REY SALDANA, San Antonio City Councilman in his Individual Capacity; SHIRLEY GONZALES, San Antonio City Councilman in her Individual Capacity ; GREG BROCKHOUSE, San Antonio City Councilman in his Individual Capacity; ANA SANDOVAL, San Antonio City Councilman in her Individual Capacity; MANUEL PALAEZ, San Antonio City Councilman in his Individual Capacity; JOHN COURAGE, San Antonio City Councilman in his Individual Capacity; CLAYTON PERRY, San Antonio City Councilman in his Official Capacity; CITY OF SAN ANTONIO,

    Defendants - Appellees